Rev. 3/19

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

MS. Naomi Sue White Eagle
*Plaintiff's full name and prisoner number*

Plaintiff,

v.

J. michaelis,       Holdway

Dr. clay,

B. Duncan      et. al
*Defendant's/defendants' full name(s)*

Defendant(s).

Case No. _3:22-cv-05410-BHS-TLF____
(leave blank – for court staff only)

### AMENDED
### PRISONER CIVIL RIGHTS
### COMPLAINT

Jury Demand?
☒ Yes
☐ No

(If you cannot fit all of the defendants' names in the space provided, please write "see attached" in the space above and attach additional sheets of paper, as necessary, with the full list of names. The names listed here must be identical to those in Section II. Do not include addresses here. **Individuals whose names are not included in this section will not be considered defendants in this action.**)

## WARNINGS

1.      Do not use this form if you are challenging the validity of your criminal conviction or your criminal sentence. If you are challenging your conviction or sentence, or if you are seeking restoration of good-time credits that would shorten your sentence, you must file a Petition for Writ of Habeas Corpus. If you use this form to challenge your conviction or sentence, you risk having your claim dismissed. Separate forms are available for filing a habeas petition.

2.      Under the Prison Litigation Reform Act ("PLRA"), you are required to exhaust all remedies in your institution's grievance system that are available to you before filing suit. This generally means that you must file a grievance and, if it is denied, appeal it through all available levels of review. Your case may be dismissed if you fail to exhaust administrative remedies, unless the administrative grievance process was not "available" to you within the meaning of the PLRA. You are not required to plead or show that you have exhausted your claim in this complaint.

Page 1 of 9

3.      Please review your complaint carefully before filing. If your case is dismissed, it may affect your ability to file future civil actions while incarcerated without prepaying the full filing fee. Under the PLRA, a prisoner who has had three or more civil actions or appeals dismissed as frivolous, malicious, or for failure to state a claim cannot file a new action without first paying the full filing fee, unless the prisoner is in imminent danger of serious bodily injury.

4.      Under Federal Rule of Civil Procedure 5.2, papers filed with the court, including exhibits or attachments to a complaint, may not contain certain information, which must be modified as follows:

Do not include:
- a full social security number
- a full birth date
- the full name of a minor
- a complete financial account number

Instead, use:
→ the last four digits
→ the birth year
→ the minor's initials
→ the last four digits

5.      You may, but do not need to, send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint. Any documents you submit *must relate directly to the claims you raise in this lawsuit.* They will become part of the court record and *will not be returned to you.*

---

## I.   PLAINTIFF INFORMATION

<u>White Eagle Naomi Sue</u>, <u>Lowe Lowell Gene</u>
Name (Last, First, MI)                          Aliases/Former Names

<u>855988</u>
Prisoner ID #

<u>Airway Heights correction center,</u>
Place of Detention

<u>~~2697~~ p o Box 2049</u>
Institutional Address

<u>Spokan  Airway Heights  WA      99001</u>
County, City                    State          Zip Code

*Indicate your status:*

☐   Pretrial detainee                    ☒   Convicted and sentenced state prisoner
☐   Civilly committed detainee           ☐   Convicted and sentenced federal prisoner
☐   Immigration detainee

Page 2 of 9

## II.   DEFENDANT INFORMATION

*Please list the following information for each defendant.  If the correct information is not*
*provided, it could delay or prevent service of the complaint.  Make sure that the defendant(s)*
*listed below are identical to those contained in the caption on the first page of the complaint.*
*Attach additional sheets of paper as necessary.*

Defendant 1:   michaelis       J
              Name (Last, First)

          RN, CS2
NU Current Job Title

Po Box 9-T Po Box 2044
          Current Work Address

Spokane  Airway Heights  wA   99001
      County, City          State        Zip Code

Defendant 2:   Holdway  melisa  LMHC, psycahology Associate
              Name (Last, First)

          LMHC psycohology  Associate
          Current Job Title

          Po Box 2044
          Current Work Address

Spokane Airway Heights  wA  99001
      County, City         State        Zip Code

Defendant 3:   Clay D.enva, L
              Name (Last, First)

          Psychologist -(In f,I,D ect) -AN
          Current Job Title

          2800 E. madison st, suite 302
          Current Work Address

King seatllu      wA      98112
      County, City         State        Zip Code

### III.    STATEMENT OF CLAIM(S)

*In this section, you must explain what you believe each defendant did to violate your civil rights, and if you know, identify the federal statutory or constitutional right you believe was violated.*

*If you believe the defendant(s) violated your civil rights in more than one way, explain each violation under a different count. For example, if you believe you received constitutionally inadequate medical care and your religious rights were substantially burdened, include one claim under "Count I" (i.e., medical) and the other claim under "Count II" (i.e., religion).*

*Number your paragraphs. For example, in Count I, paragraphs should be numbered 1.1, 1.2, 1.3, etc., and in Count II, paragraphs should be numbered 2.1, 2.2, 2.3, etc. The first two paragraphs of each Count have been numbered for you.*

*If you have more than three counts, attach additional pages and follow the same format for each count.*

*If you attach documents to support the facts of your claim(s), you <u>must</u> specify which portion of the document(s) (i.e., page and paragraph) you are relying on to support the specific fact(s) of your claim(s). <u>If you do not specify the portion of the supporting document(s), the Court may disregard your document(s).</u>*

### <u>COUNT I</u>

*Identify the first right you believe was violated and by whom:*

1.1  8th Amendment  Insufficient  medical  care,  showing
a  deliberate  Indifference  by  Defendant[s]  Holdway, michaelis

*State <u>the facts</u> of your first claim below. Include all the facts you consider important. Be specific about dates, times, locations, and the names of the people involved. Describe exactly what each specific defendant did or failed to do that caused you injury or violated your rights, and include any other facts that show why you believe what happened was wrong. If you need additional space, you may attach extra sheets.*

1.2  "Plaintiff  brings  facts  &  statements  of  show  cause  &
statements  stating  that  on  12-27-2021  Plaintiff  followed  up  &
filed  a  medical  Kite  responded  back  by  Defendant  Holdway
stating  Plaintiff's  medical  concerns/issues  of  Plaintiff's  stomach

& bowel problems were of No concern by Defendant[s] being told would be scheduled appointment / follow up in the coming weeks ( Jan 1, 2022 ) having No results refusing to hear Plaintiff's concerns, Plaintiff furthermore, moved within the weeks of filing medical complaint concerns. Causing more of a Intentional Interference & Indifference. As Defendant[s] Did fall short in & to Plaintiff's medical need & concern, Saying & stating concern of Plaintiff is of No concern' to Defendants.

• Plaintiff have, having been documented with stomach & bowel issues/ problems being neglected & have put in medical Kites Said only of No concern & Defendant[s] would / will follow up being untreated knowing of Plaintiff's pain & requests only to be said further by Defendant Holdway to try & draw, play games or do crosswords. [P1 DOC pH2 pg 4] Holdway completely ignoring medical issues & concern as if all is in Plaintiff's head Plaintiff having requested of medical need / concern & such stomach / bowel problems documented. see [P1 DOC H2] only upon requests Defendants continued to state

*State with specificity the injury, harm, or damages you believe you suffered as a result of the events you described above in Count I. Continue to number your paragraphs.*

(see pg 5A & 5B & 5C

Plaintiff states injury & harm is lack of care & concern of & by Defendants letting Plaintiff continue in & with Pain + suffering due to their unconcern & lack of medical care violative of Plaintiff's rights Pain + suffering. Punitive, Injunctive, compensatory damages. Seeking proper care - surgery within 4-5 months. $ 885.000.000

Pg 5A

will follow up sessions, having made known issues &
document since noted herein see [PL DOC H2] as of
3-28-2020 / 2021 which can be further verified by &
through medical documents, & providers. medical providers have
continually & constantly said - told Plaintiff, medical issues are
of No concern & to do word puzzles which is Not a proper
medical treatment, Nor is it a sufficient medical treatment,
As Defendants have put Plaintiff's concerns on the way side As
to No concern. which does then become medical Neglect
& does further show deliberate Indifference & Intentional
Interference, leaving Plaintiff in pain & suffering knowing
of Plaintiff's requests & concerns of pain & suffering,
having had documented H. pylori & prior medical issues &
concerns. see [PL DOC H2] having medical records of
such & such made issues / concerns made known, prior &
documented prior by medical providers.    •    Plaintiff
further more states as to Defendants acts/ actions Holdway
does show unconcern & clear disregards to Plaintiff's requests &
concerns; stating as to Plaintiff's medical concern & issues
to try & do word crossword puzzles & games. PL DOC H2
pg 4) And clear & plain negligence/neglect of medical
procedures & practices, violative of the 8th
Amendment as to Plaintiff's medical need & response.
                                    "See pg 5 B"

                        Pg 5A

Pg 5B

being improper medical treatment. Further negligence &
unconcern, neglect creates & does cause future risk / risks
of further harm, damage leaving Plaintiff in pain &
suffering longer than need be treating Plaintiff as to
a bandaid on a wound which is unsufficient care &
treatment & not the answer to Plaintiff's medical need &
concern; "Creating future risks of harm leaving in pain
and prolonged pain & suffering, being of un concern.
Also see that as to " Jett v. Penner 439 f.3d 1091
(9th cir 2006) " McGuckin v. Smith 974 f.2d 1050, 1059,
(9th cir 1992) & "Helling v. McKinney 509 u.s. 25, 32-35 (1993)
Such stomach & bowel pain & on going issues does significantly
affect Plaintiff's daily activities.    • Defendant[s] knew &
know of Plaintiff's concern failing & falling short to properly
treat & or to sufficient treat Plaintiff.    Defendant [s]  DO
show neglect & unconcern towards Plaintiff, telling
Plaintiff providers will schedule & see Plaintiff unto
follow ups, Not following through as to Plaintiff's
continued requests to medical / Defendant[s] unconcern & care.
which in turn is violative of proper & adequate medical
care, showing Indifference by Not treating Plaintiff &
showing unconcern. Giving rise to future risks & Infliction
pain & suffering.    more over further violative of
same similar situated persons & treatment. As to
offender Health care,   WAC: 137-91-01  & health care Act
                                        see 5C

Pg 5B

5C

Health care, medical Necessity. Per WAC: 137-91-010
Defendant[s] failing & Did fail to show un concern
of criteria acting within Indifference to WAC: 137-91-010
by not following standards, protocols, procedures & criteria.
And such is violative of & by Defendant[s]  By & of
one or more of the follow criteria is not followed, and/
or neglected. Further making mention that Plaintiff does
have & suffers further from Gender Dysphoria.
1.) Is essential to preserve life or limb. or   2.) Reduce
Intractable pain, or  3.) Delay of care would make future care
or intervention significantly less likely to succeed. or
4.) Reduces severe psychiatric, symptoms to a degree
that permits the palpably, medically Necessary care for
Plaintiff is to reduce the severity with which Plaintiff
suffers daily (due to constant & continued stomach & bowel
pains which is clearly & plainly documented by Plaintiff.)
further suffering from her Gender dysphoria. As future surgery
could have considerable detrimental effects upon Plaintiff's
advanced age, As risks progress with geriatric patients
surgeries. Surgery will reduce the severe psychiatric
Symptoms Plaintiff experiences due to her female
presentation & her natural male genitalia. the severe mental
anguish Plaintiff experiences would be abated by surgery & lesser
treatments, which serve penological interests, & remove the ability for
recidivism, or self harm, Due to nonfeasance to treat Plaintiff's
serious medical needs.

## COUNT II

*Identify the second right you believe was violated and by whom:*

2.1   8th Amendment.  Improper & Negligence of proper medical/
health care  by  Defendant[s]  Dr clay,  Holdway,  michaelis.

*State the facts of your second claim below. Include all the facts you consider important. Be specific about dates, times, locations, and the names of the people involved. Describe exactly what each specific defendant did or failed to do that caused you injury or violated your rights, and include any other facts that show why you believe what happened was wrong. If you need additional space, you may attach extra sheets.*

2.2   Plaintiff  states  Defendant[s]  clay,  Holdway,  michaelis
Airway Heights correctional medical stuff/ providers  did  fall short
in regards to Plaintiff's medical requests & concerns. making known &
have/ has been made known as is documented unto  Plaintiff's
illnesses & wellness of stomach & bowel issues/problems.  Defendant[s]
stating is of NO concern.  Yet is document & Plaintiff was further
scheduled for H. pylori testing & colonoscopies only to be
rescheduled & further continuances of rescheduling having delays
& hinderances unto concerns & requests.  Plaintiff only being
told medical will follow up & reschedule/ schedule testings &
colonoscopies.  Defendant[s] further more issued a limited supply
of anti-biotics to try & limit/ put off Plaintiff's treatment, only
to be followed up as to repeated statements of & by Defendants
stating will follow up & reschedule.  Plaintiff requesting &
questioning unto said follow ups & rescheduling; further requesting
said antibiotic refills being given a limited & small quantity.

which as to & per such said request & concern, Defendant(s) responded saying is No record of anti biotics & medications of & for said Plaintiff. Plaintiff having been issued & prescribed medications & anti biotics, having (Kup medical cards) & Rx prescribed medical sheets info. from medications. See [PL. Doc H2 pgs _____ ]

Defendants improper & misrepresentation, misstated statements [See pg 7A & 7B] ^Attach.

*State with specificity the <u>injury, harm, or damages</u> you believe you suffered as a result of the events you described above in Count II. Continue to number your paragraphs.*

Plaintiff suffered severe emotional & mental Anguish, insufficient care, further being in continued distress & discomfort from stomach & pains & bowel pains which Defendants left Plaintiff in a cruel & infliction state of pain. Violative of 8th Amendment & Row! 51.24.020

## COUNT III

*Identify the third right you believe was violated and by whom:*

3.1 insufficient & Non sufficient medical / Providers showing indiscrepancies & difficienticies, as to sufficient care / Needs

*State the <u>facts</u> of your third claim below. Include all the facts you consider important. Be specific about dates, times, locations, and the names of the people involved. Describe exactly what each specific defendant did or failed to do that caused you injury or violated your rights, and include any other facts that show why you believe what happened was wrong. If you need additional space, you may attach extra sheets.*

3.2 Plaintiff states allegations & cause of Defendant(s) by stating negligence of Defendant(s) actions / acts & response to Plaintiff's medical issues - concerns, As Defendant(s) did show & state lack of concern & improper handling of medical kites & concerns of Plaintiff as is unprofessional conduct & Remedies

Pg 7A

is contridiction & invalidation to medical file, official documents, medical records.      Defendant[s] act within & show deliberate Indifference & own interests; Having flawed & mis stated documents & records which is clear Negligence & improperness of & unto medical matters & proper procedures / guidelines & such is more over misleading & misinterpretation of facts & statements.    which is violative & clearly & plainly & Knowingly by Defendant[s]   that Defendant[s] Did violate & Did Not follow properness,   violating  that of Rcw: 42.20.040,   42.20.050,   9.24.050.    And   wDOC policies  600.000 — 650.100, 700.000, 100.500  As to medical Applications & procedures,   treating  fairly  & within reason as to offenders.   As to Rcw's & policies; states "one can Not alter, conceal with hold, and or make a false or misleading state." which in turn Defendant[s] Did  and is violative further unto (18 U.S.C § 1505,) (15 U.S.C § 1311 et see.) As one / Any who so does such sHALL  be guilty of a class b felony & is punishable up to 5yrs.  Such by Defendant[s] Is & does show misappropriation of & to record further as to Rcw: 40.16.020   [ see Also  PL DOC H2]   stating Plaintiff has had antibiotics & medication refills  yet Not on Plaintiff's file or medical records as Need be & required.  As Defendants try to Legitimize & Regulate, Alter & conceal — make misleading statements as to Plaintiff's records & file & such is

Pg 7A

Pg 7B

improper, as one should act/ operate in a efficient & in a
effective manner.   Violative of also false statute 35.01
As Defendant(s) Did fail & Did fall short by their
actions To safeguard Plaintiff from dubious & unjustness,
hinderances, & forfeitures of life, liberty, property.
Brinegar V. V.S.  69 s. ct. 1302 (1949)


Defendant(s) only gave Plaintiff a limited & unsufficient supply
amount of antibiotics putting  a band aid as to Plaintiff's
concern & medical Needs / problems.  Plaintiff's concern having
been documented and improperly treated & responded too.
Causing Plaintiff further anguish & pain  which does
give rise to  cruel infliction of pain by letting
Plaintiff suffer,  And is improper acts/ actions by
Defendants saying Plaintiff's issues & concerns are of No
concern to Plaintiff & will follow up & talk to Plaintiff
only to reschedule upon reschedule.  And putting Plaintiff
in further pain, distress, discomfort.  Giving rise as to
Defendant(s) being violative of causing Intentional & emotional
Distress.  Also see, Kumar V. Gate Gourveet INC 180 wn.
2d 481 )      Allahu Al-Hafeez  226 f.3d  247 (3rd cir
2000 )   Also  As. to  RCW: 51.24.020    Carnell V.
Grimm  872 f. supp. 746  755 (9th cir )

Pg 7B

as Defendant(s) did fail to proper respond to medical kites & Grievances unto Plaintiff's medical concerns & follow up statements. ● Defendant(s) in doing so did fail Plaintiff in right to be heard. As Defendant(s) ignored complaints & concerns of Plaintiff by saying/stating will follow up & or stating continued reschedulings. And Grievances being stated providers/medical is aware of Plaintiff's concern, issues, pain. ● Defendant(s) showed failure to exhaust/properly respond. Foulk v. Charrier 262 f.3d 687, 698 ) Jett v. Penner 439 f.3d 1091, 1096 (9th air) Defendants acts/actions Do hinder & show unsatisfactory conditions by failing to properly provide reasonable treatment & access. Allard v. Gomez 9 fed. App. 793 (9th air) Starr v. Baca 652 f.3d 1202 ) ortiz v. city of Imperial 884 f.2d 1312 ) Hallett v. morgan 296 s.3d 732, 744 ) As by further hindering & Delaying matters Defendants Do & Did violate RCW: 9A.76.020, 72.70.010, 9A.80.010 As is considered neglect. ● Defendant(s) Did fail to properly respond & treat Plaintiff, telling Plaintiff to do & try crossword puzzles/games. only furthering Plaintiff's pain & Discomfort. Powe v. Ennis 177

(see pg 8A )

*State with specificity the injury, harm, or damages you believe you suffered as a result of the events you described above in Count III. Continue to number your paragraphs.*

Plaintiff suffers ongoing pain & suffering due to insufficient use of antibiotics & future risks of health problems & further anguish, distress & discomfort violative of RCW: 51.24.020, 9A.80.010 9-9.4A.030, 13.04.030, continued pain, discomfort & Distress.

## IV.   RELIEF

*State exactly what you want the Court to do for you. For example, you may be seeking money
damages from an individual defendant, you may want the Court to order a defendant to do
something or to stop doing something, or you may want both kinds of relief. Make no legal
arguments. Cite no cases or statutes.*

Plaintiff seeks Relief as to correct medical care/treatment, (modifications) Declaratory

Judgment "Rights effected by statute 85,000; Intentional violations as to

treble damages 70,000, Collateral Relief, for error, mistakes, neglect - to

correct (give proper medical treatment/medications,) compensation 140,000,000 for
continued pain, discomfort suffering, All costs, fees, 15,000 Injunctive 30,000
Punitive 80,000

## V.   SIGNATURE

*By signing this complaint, you represent to the Court that you believe the facts alleged to be true
to the best of your knowledge, that you believe those facts show a violation of law, and that you
are not filing this complaint to harass another person or for any other improper purpose.*

8/22/2022
Dated

Ms. Naomi Sue White Gael
Plaintiff's Signature

Pg 8A

f.3d 395, 394 (5th cir 1999)   Causing further Infliction
of unnecessary & need pain & suffering.   Keeton  Et AL § 32
at 175)  ● Defendants Did write a prospectus report, exhibit, or
statement, saying no medications on or of record requesting refills
or a sufficient supply stated by out side health care provider as
documented.  such statements by Defendants is Exaggerated and
clearly shown in [PL DOC H2] As to providers (Defendants)
responses.  [pL DOC H2 pg's, H3, H5, H12, & H15 ]   H15
stating no record of such files / medications.   Such Statements
& misleading contridictions are violative of RCW. 9.24.05 ( medical
records being certified documents))  ● such medical necessary
If further Defined as to stated which Defendants did act
within a unreasonable manner & fell short of services.
``As health care services that are determined by physician to be
reasonable & necessary to protect life, prevent significant illness or
disability or alleviate severe pain; ``severe pain" Is defined as a
degree of discomfort that significantly disables the patient from
reasonable independent function. & significant illness that if left
untreated a severe risk of limitation future problems. As to such is
to further reduce pain, suffering & other health issues, concerns
to reduce risks, problems.   Estelle   429 u.s. 97 s ct 285 50
L. Ed. 2d 251 (1979)   As Plaintiff has documented medical issues
& further concerns as to out side providers statements.  Plaintiff
slowly being seen, As to continued rescheduling.  Bell v. wolfish 411
u.s. 520 99 s. ct 1861 60 L.Ed.2d 477 (1979) [PL DOC H25]

PG 8A

# Plaintiff's

# DOC - H2

Plaintiff's,

medical Kites — Responses    H1 - H25

H 20  medical letter stating  further rescheduling.

Plaintiff has been on covid status  since  6-10-22
after being on covid status  in  2-2-22
Febuary.          Plaintiff still being on covid status
having over 9 negative test results.

H 25  states Plaintiff's health response issues as a
concern from outside provider.

H 26 — 31    Grievance responses —
H 32 - 33       Last noted statement w/ medical kite.



**Department of Corrections**
WASHINGTON STATE

**HEALTH SERVICES KITE**

This form must be used to request non-emergency healthcare
services, except in facilities where kiosks or sign-up sheets are used.

*PLEASE PRINT*          ***SUBMISSION OF HEALTH SERVICES REQUEST MAY RESULT IN A CO-PAY***

| LAST NAME White Eagle | | FIRST NAME Naomi | | |
| DOC NUMBER 855978 | FACILITY AHCC | UNIT/CELL KA03 C | DATE 12/27/2021 | TIME 7:13 am |
| JOB/PROGRAM NO | JOB/PROGRAM HOURS | | DAYS OFF | |

***If you feel you have an actual medical emergency, alert the staff and do not use this form.***

**TYPE OF REQUEST (check only one box per form)**

☐ MEDICAL          ☐ DENTAL          ☑ MENTAL HEALTH

☐ MEDICATION REFILL – List medication(s) with prescription number(s) or place sticker below

☐ OPTOMETRY     ☐ OTHER: Head psychologiest for AHCC

**REASON FOR REQUEST (list problem or medications needing refill)**

Last Night at about 9:10 pm 12/26/2021, I was not
feeling well From (physical medical illniss) and yes
also stress, due to non stop Herassments, Always was,
and will Be, In wa DOC (all Male Prisons) due to my being
a Transexual Inmate in male population, so I had told
my spouse winHr Lynn (I felt like giving up) I did not
state like, in suicide, not at all, my GCS sergeary's is all
Aproved, If I was said to be mentally unstable, That could

MS. Naomi Whitt Eagle
PATIENT SIGNATURE

**HEALTH SERVICES RESPONSE/ENCOUNTER**

This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical
work/bunk change, religious diets, shoes, classification, complaints about staff, non-health services issues

| ☐ Schedule within _____ days/weeks/months | ☐ Next available sick call | ☐ No visit required |

change, I Am very mentally stable, I need my
GID Treatments, via sergerays ect It's A Life or
Death medical Need, I've Been Trying most my
Life To Transission call me in if you Question
my mental state please (I'm stable, Fine)
                                    Thank you.

I have no concerns. Please let me know if you Need
Anything. I will schedule you for follow up after Jan 1, 2022.

| RESPONDER signature and stamp (all copies) | DATE and TIME 12/29/21   10'4[?] |

**Melisa Holdway, LMHC**
**Psychology Associate**

Distribution: **WHITE/YELLOW** – Responder, **PINK** – Patient keeps
Distribution upon completion: **WHITE** – Health Record, **YELLOW** – Return to Patient with Response

**Please declare a mental health
emergency if having thoughts of
suicide, self-harm or harm to others.**

State law and/or federal regulations prohibit disclosure of this information without the specific written consent of the person to whom it pertains.



**Department of Corrections**
WASHINGTON STATE

**HEALTH SERVICES KITE**

This form must be used to request non-emergency healthcare services, except in facilities where kiosks or sign-up sheets are used.

*PLEASE PRINT*          ***SUBMISSION OF HEALTH SERVICES REQUEST MAY RESULT IN A CO-PAY***

| LAST NAME WHITE EAGLE | | FIRST NAME Naom N?om, |  |
|---|---|---|---|
| DOC NUMBER K35466 | FACILITY AHCC | UNIT/CELL K535 C | DATE 7/13/2022 | TIME 3:00 pm |
| JOB/PROGRAM N/A | | JOB/PROGRAM HOURS | | DAYS OFF |

### *If you feel you have an actual medical emergency, alert the staff and do not use this form.*

**TYPE OF REQUEST (check only one box per form)**

☐ MEDICAL      ☐ DENTAL      ☐ MENTAL HEALTH

☐ MEDICATION REFILL – List medication(s) with prescription number(s) or place sticker below

☐ OPTOMETRY      ☐ OTHER: To having - provider or psychlogst

**REASON FOR REQUEST (list problem or medications needing refill)**

I Hear That AHCC Has a class For mental health issus and skill bilding type tools - Drug-alcohal ect- Having do in some Regards to mediTateing yoga type ect I Don't Have the name of this supossed m/t skill ect class, I need to be Involled in this class if possible, or what is to be offered here at AHCc, I Have changed 100% Turn around need Futher eddications ect Tools That will be usefull in Helping my success upon Release, Thank you!     Naomi White/Eagle

PATIENT SIGNATURE

### HEALTH SERVICES RESPONSE/ENCOUNTER

This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical work/bunk change, religious diets, shoes, classification, complaints about staff, non-health services issues

| ☐ Schedule within ____ days/weeks/months | ☐ Next available sick call | ☐ No visit required |
|---|---|---|

We can discuss at your next session. Thank you for letting me know.

HH                                        Collisaltiduay

Melisa Holdway
Psychology Associate

| RESPONDER signature and stamp (all copies) | DATE and TIME 7/18/2022 |
|---|---|

Distribution: **WHITE/YELLOW** – Responder, **PINK** – Patient keeps
Distribution upon completion: **WHITE** – Health Record, **YELLOW** – Return to Patient with Response

State law and/or federal regulations prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

DOC 13-423 (01/13/2022)      DOC 610.600      DOC 610.650      DOC 630.500      DOC 630.540      DOC 650.020      KITES

H2



**Department of**
# Corrections
WASHINGTON STATE

**HEALTH SERVICES KITE**

This form must be used to request non-emergency healthcare
services, except in facilities where kiosks or sign-up sheets are used.

*PLEASE PRINT*                    *SUBMISSION OF HEALTH SERVICES REQUEST MAY RESULT IN A CO-PAY*

| LAST NAME White Eagle | | FIRST NAME | | |
|---|---|---|---|---|
| DOC NUMBER 855778 | FACILITY AHCC | UNIT/C | | TIME 30 h |
| JOB/PROGRAM | | JOB/PROGRAM HOURS | DAYS OFF | 1 |

***If you feel you have an actual medical emergency, alert the staff and do not use this form.***

**TYPE OF REQUEST (check only one box per form)**

☐ MEDICAL          ☐ DENTAL          ☐ MENTAL HEALTH

☐ MEDICATION REFILL – List medication(s) with prescription number(s) or place sticker below

☐ OPTOMETRY          ☐ OTHER: _pharmacy_

**REASON FOR REQUEST (list problem or medications needing refill)**

please Refill

please Fast TRACT I have 6 days pills left I fore
I can must get The other card befor This
card runs out, it's a Antibiotic. Thank you,

_Naomi White Eagle_
PATIENT SIGNATURE

**HEALTH SERVICES RESPONSE/ENCOUNTER**
This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical
work/bunk change, religious diets, shoes, classification, complaints about staff, non-health services issues

| ☐ Schedule within ____ days/weeks/months | ☐ Next available sick call | ☐ No visit required |
|---|---|---|

Request is being processed for medication(s)
Medications take 7-10 days to process
Watch for Purple Pass

| RESPONDER signature and stamp (all copies) S. Page, LPN | DATE and TIME   JUL 20 2022 |
|---|---|

Distribution: **WHITE/YELLOW** – Responder, **PINK** – Patient keeps
Distribution upon completion: **WHITE** – Health Record, **YELLOW** – Return to Patient with Response

State law and/or federal regulations prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

DOC 13-423 (01/13/2022)      DOC 610.600      DOC 610.650      DOC 630.500      DOC 630.540      DOC 650.020          KITES



**Department of Corrections**
WASHINGTON STATE

**HEALTH SERVICES KITE**

This fill and print form is for healthcare staff to initiate communication with patients.
Patients are to use the 3-part NCR form to communicate with staff.

| LAST NAME White Eagle | FIRST NAME Naomi Sue |
|---|---|
| DOC NUMBER 855988 | FACILITY **AHCC** | UNIT/CELL RB35L |

## HEALTH SERVICES RESPONSE/ENCOUNTER

This form must be filed in the patient's health record except for: simple prescription refills, finance, non-medical
work/bunk change, religious diets, shoes, classification, complaints about staff, non-health services issues

**TYPE OF RESPONSE**

☐ MEDICAL        ☐ DENTAL          ☒ MENTAL HEALTH
☐ OPTOMETRY      ☐ OTHER: _____

| ☐ Schedule within _____ days/weeks/months | ☐ Next available sick call | ☐ No visit required |
|---|---|---|

Hello,
**I am kiting you due to the current restricted movement schedule. I wanted to check in with you to see how
you are doing. If you need anything from mental health at this time, please send me a kite.**

**If you need distraction material, please kite me listing what you would prefer. The following items are
available:**

**Word Search**
**Crossword Puzzles**
**Dot to Dot**
**Coloring Pages (no pens, pencils, markers, or crayons available at this time)**
**Sudoku**
**Paper Chess**
**Paper Battleship**
**Relaxation/Meditation Scripts**
**Breathing/Relaxation Exercises**
**Anxiety Management Materials**
**Journaling Exercise (no composition books available at this time)**

**Thank you!**
**Melisa Holdway**
**Psychology Associate**

| RESPONDER typed name and signature | DATE |
|---|---|
| **Melisa Holdway, Psychology Associate** | **07/26/2022** |

Distribution:   **ORIGINAL** – Health Record     **COPY** – Patient

State law and/or federal regulations prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

H 4

MA-64-L



**Department of**
**Corrections**
WASHINGTON STATE

**HEALTH SERVICES KITE**

This form must be used to request non-emergency healthcare
services, except in facilities where kiosks or sign-up sheets are used.

*PLEASE PRINT*          ***SUBMISSION OF HEALTH SERVICES REQUEST MAY RESULT IN A CO-PAY***

| LAST NAME WHITE EASLE | | | FIRST NAME NAOMI | |
|---|---|---|---|---|
| DOC NUMBER 855488 | FACILITY AHCC | UNIT/CELL ~~MB35E~~ | DATE 1/20/22 | TIME 1203 pm |
| JOB/PROGRAM N/A | JOB/PROGRAM HOURS | | DAYS OFF | |

***If you feel you have an actual medical emergency, alert the staff and do not use this form.***

**TYPE OF REQUEST (check only one box per form)**

☑ MEDICAL          ☐ DENTAL                    ☐ MENTAL HEALTH

☐ MEDICATION REFILL – List medication(s) with prescription number(s) or place sticker below

☐ OPTOMETRY     ☑ OTHER: To; Dr. Paplic, Head of AHCC medical

**REASON FOR REQUEST (list problem or medications needing refill)**

Dr. Paplic I'm haveing problems with my MD provider Ms. Katie Moore,
she denies me my and all medical treatment haveing to do
with my bowels - lower stomach (There is a very serios problem)
I had H-pylor infection, treatmens failed to work ~~—~~
I'm in pain been in alot of pain 7 months' counting
I'm in need of medical care now, something HAS been
over looked, Ms. moore Refuses to Even do future
test, my she does not have a licence, she is not

*naomi white eagle*
PATIENT SIGNATURE

**HEALTH SERVICES RESPONSE/ENCOUNTER**

This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical
work/bunk change, religious diets, shoes, classification, complaints about staff, non-health services issues

| ☐ Schedule within ____ days/weeks/months | ☐ Next available sick call | ☐ No visit required |
|---|---|---|

A medical Doctor, I'm now requesting that I
not see Ms. moore ageun and my provider be
changed to some one els, ASo I want a Licenced
MD treat this Real medical need,
                                                Thank you,
      Ms. Mari is a licensed prov to you see your
      pruvr based in your last name, You are
      scheduled for a chronocare in the future. Ms.

RESPONDER signature and stamp (all copies)          DATE and TIME 1/27/22          Moore ordered H.

Distribution: **WHITE/YELLOW** – Responder, **PINK** – Patient keeps
Distribution upon completion: **WHITE** – Health Record, **YELLOW** – Return to Patient with Response

State law and/or federal regulations prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

DOC 13-423 (06/09/2021)          DOC 610.600   DOC 610.650   DOC 630.500   DOC 630.540          KITES

+15

*I made a mistake on not feel up to rewriting. Thank you!*



### Department of
# Corrections
WASHINGTON STATE

MA642

# HEALTH SERVICES KITE

This form must be used to request non-emergency healthcare services, except in facilities where kiosks or sign-up sheets are used.

*PLEASE PRINT*                    *SUBMISSION OF HEALTH SERVICES REQUEST MAY RESULT IN A CO-PAY*

| LAST NAME WHITE EAGLE | | FIRST NAME NAOMI | | | |
|---|---|---|---|---|---|
| DOC NUMBER 355988 | FACILITY AHCC | UNIT/CELL MA6 Lower | DATE 8/3/22 | | TIME 10:55 am |
| JOB/PROGRAM NA | | JOB/PROGRAM HOUR | | DAYS OFF | |

*If you feel you have an actual medical emergency, alert the staff and do not use this form.*

## TYPE OF REQUEST (check only one box per form)

☐ MEDICAL          ☐ DENTAL          ☐ MENTAL HEALTH

☐ MEDICATION REFILL – List medication(s) with prescription number(s) or place sticker below

☐ OPTOMETRY          ☐ OTHER: _____

## REASON FOR REQUEST (list problem or medications needing refill)

To Head of Medical — ECT Dr. Pablo,
I saw a nurse checking vitals in M-A unit yesterday. I informed her I'd been having upper respiratory — Lungs pain, started 3 days ago. I did test positive covid on 1-24-2022. I've had pneumonia both lungs 3 different times, all needing antibiotics, last one was 1/20/2016 time of arrest. I nearly died. The nurse said a medical provider would see me today.

Naomi White Eagle
PATIENT SIGNATURE

## HEALTH SERVICES RESPONSE/ENCOUNTER

This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical work/bunk change, religious diets, shoes, classification, complaints about staff, non-health services issues

| ☐ Schedule within ____ days/weeks/months | ☐ Next available sick call | ☐ No visit required |
|---|---|---|

In my unit M-A, nobody came to follow up. The iso is over. I did tell the nurse I'd write grievances on my current and provider K. Moore, and I will not have her treat me. However I do need necessary medical care for pain — CAWS would another provider treat me as we. Thank you.

not all

| RESPONDER signature and stamp (all copies) | DATE and TIME |
|---|---|
| Naomi White Eagle | 2/3/22 |

Distribution: **WHITE/YELLOW** – Responder, **PINK** – Patient keeps
Distribution upon completion: **WHITE** – Health Record, **YELLOW** – Return to Patient with Response

State law and/or federal regulations prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.



Department of
**Corrections**
WASHINGTON STATE

**HEALTH SERVICES KITE**

This form must be used to request non-emergency healthcare
services, except in facilities where kiosks or sign-up sheets are used.

*PLEASE PRINT*              ***SUBMISSION OF HEALTH SERVICES REQUEST MAY RESULT IN A CO-PAY***

| LAST NAME WHITE EAGLE | | FIRST NAME NAOMI | | |
|---|---|---|---|---|
| DOC NUMBER 855478 | FACILITY AHCC | UNIT/CELL MA031 | DATE 3/8/2022 | TIME 225 |
| JOB/PROGRAM N/B | | JOB/PROGRAM HOURS | DAYS OFF | |

***If you feel you have an actual medical emergency, alert the staff and do not use this form.***

## TYPE OF REQUEST (check only one box per form)

☒ MEDICAL          ☐ DENTAL              ☐ MENTAL HEALTH

☐ MEDICATION REFILL – List medication(s) with prescription number(s) or place sticker below

☐ OPTOMETRY        ☐ OTHER: _____

## REASON FOR REQUEST (list problem or medications needing refill)

Something is wrong with my lower addmon, causeing
severe pain, diarihh, and there is a clear milky white
substants in stool, ~~_____~~ The substans is somewhat
like pus, could I be seen, please.

Thank you, bless.

M. Naomi see White Eagle
PATIENT SIGNATURE

## HEALTH SERVICES RESPONSE/ENCOUNTER

This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical
work/bunk change, religious diets, shoes, classification, complaints about staff, non-health services issues

| ☐ Schedule within ____ days/weeks/months | ☐ Next available sick call | ☐ No visit required |
|---|---|---|

Seen in clinic. Adv. to watch call out
for sched with Prov. provider. or HC IP
w/CCU.

| RESPONDER signature and stamp (all copies) | DATE and TIME 3/11/20 0995 |
|---|---|

Distribution: **WHITE/YELLOW** – Responder, **PINK** – Patient keeps
Distribution upon completion: **WHITE** – Health Record, **YELLOW** – Return to Patient with Response

State law and/or federal regulations prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

DOC 13-423 (06/09/2021)          DOC 610.600   DOC 610.650   DOC 630.500   DOC 630.540          KITES

H-7





SMU MEDICAL KITE    COPY   HEALTH SERVICES KITE

MAY 2 2 2022

This form must be used to request non-emergency healthcare services, except in facilities where kiosks or sign-up sheets are used.

*PLEASE PRINT*        *SUBMISSION OF HEALTH SERVICES REQUEST MAY RESULT IN A CO-PAY*

| LAST NAME White Eagle | | FIRST NAME Naomi | | |
|---|---|---|---|---|
| DOC NUMBER 855988 | FACILITY AHCC | UNIT/CELL RB33L SMU 5B33 | DATE 5/21/2022 | TIME 7:15 pm |
| JOB/PROGRAM No | JOB/PROGRAM HOURS | | DAYS OFF | |

*If you feel you have an actual medical emergency, alert the staff and do not use this form.*

**TYPE OF REQUEST (check only one box per form)**

☑ MEDICAL          ☐ DENTAL          ☐ MENTAL HEALTH

☐ MEDICATION REFILL – List medication(s) with prescription number(s) or place sticker below

☐ OPTOMETRY       ☐ OTHER: _____

**REASON FOR REQUEST (list problem or medications needing refill)**

I was ~~schedule~~ Supose to have a collin ostapia due to my Foot geting broke on 2/6/2022 this procedure was cancel'd Because I must be wheight Bearing well now I'm walking with shoes (not a walking cast) Fully weight Bearing on both feet, Have I been given a new date to get this done or order what Ever you call it, As my Bowell's have alot of pain Ect still gotten worse,,

Thank you,
Ms. Naomi White Eagle
PATIENT SIGNATURE

**HEALTH SERVICES RESPONSE/ENCOUNTER**

This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical work/bunk change, religious diets, shoes, classification, complaints about staff, non-health services issues

☐ Schedule within _____ days/weeks/months     ☐ Next available sick call     ☑ No visit required

Seen at cell front to assess and discuss current concerns re: abdomenal pain -julieann gaj RN2

"Stool guiac systals"

It has been rescheduled. I just confirmed. They tstd for H.Pylori with your EGD in May of last year (at least that is their usual practice)

| RESPONDER signature and stamp (all copies) S. Thompson, ARNP | DATE and TIME 5-24-22 |
|---|---|

Distribution: **WHITE/YELLOW** – Responder, **PINK** – Patient keeps

Distribution upon completion: **WHITE** – Health Record, **YELLOW** – Return to Patient with Response

State law and/or federal regulations prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

DOC 13-423 (06/09/2021)          DOC 610.600   DOC 610.650   DOC 630.500   DOC 630.540                    KITES

H 8

PATIENT COPY

HEALTH SERVICES
UNIT

MAY 2 8 2022

AHCC



**Department of
Corrections**
WASHINGTON STATE

HEALTH SERVICES KITE

This form must be used to request non-emergency healthcare
services, except in facilities where kiosks or sign-up sheets are used.

*PLEASE PRINT*          *SUBMISSION OF HEALTH SERVICES REQUEST MAY RESULT IN A CO-PAY*

| LAST NAME White Eagle | | FIRST NAME Naomi | |
| DOC NUMBER 855988 | FACILITY AHCC | UNIT/CELL R133C | DATE 5/27/2022 | TIME |
| JOB/PROGRAM No | | JOB/PROGRAM HOURS | DAYS OFF | |

*If you feel you have an actual medical emergency, alert the staff and do not use this form.*

**TYPE OF REQUEST** (check only one box per form)

☒ MEDICAL          ☐ DENTAL          ☐ MENTAL HEALTH

☐ MEDICATION REFILL – List medication(s) with prescription number(s) or place sticker below

☐ OPTOMETRY          ☒ OTHER: Josh Provider

**REASON FOR REQUEST** (list problem or medications needing refill)

was I to get the Stool Sample test kite
you said I'd get at our Appointment yesterday
befor leaving medical, or how & when will
I get them, As time keeps going prolong-
-ing this issue & my pain discomfort?

Thank you.

*Naomi White Eagle*
PATIENT SIGNATURE

**HEALTH SERVICES RESPONSE/ENCOUNTER**
This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical
work/bunk change, religious diets, shoes, classification, complaints about staff, non-health services issues

☐ Schedule within _____ days/weeks/months          ☐ Next available sick call          ☐ No visit required

I believe you will be on call out
to get this. Please let me know
if this doesn't happen. Thanks.

| RESPONDER signature and stamp (all copies) Landsverk, PA-C | DATE and TIME 5/31/22   CYQ |

Distribution: WHITE/YELLOW – Responder, PINK – Patient keeps
Distribution upon completion: WHITE – Health Record, YELLOW – Return to Patient with Response

State law and or federal regulations prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.



**Department of**
## Corrections
WASHINGTON STATE

**HEALTH SERVICES KITE**

This form must be used to request non-emergency healthcare
services, except in facilities where kiosks or sign-up sheets are used.

*PLEASE PRINT*          *SUBMISSION OF HEALTH SERVICES REQUEST MAY RESULT IN A CO-PAY*

| LAST NAME | | FIRST NAME | | |
|---|---|---|---|---|
| W. White Eagle | | Naomi | | |

| DOC NUMBER | FACILITY | UNIT/CELL | DATE | TIME |
|---|---|---|---|---|
| 858788 | AHCC | Snu C | 6/7/2022 | |

| JOB/PROGRAM | JOB/PROGRAM HOURS | DAYS OFF |
|---|---|---|
| | | |

***If you feel you have an actual medical emergency, alert the staff and do not use this form.***

**TYPE OF REQUEST (check only one box per form)**

☐ MEDICAL          ☐ DENTAL          ☐ MENTAL HEALTH

☐ MEDICATION REFILL – List medication(s) with prescription number(s) or place sticker below

☐ OPTOMETRY          ☐ OTHER: _To Raw Provider Ashlin_

**REASON FOR REQUEST (list problem or medications needing refill)**

I'm feeling very weak with light headed (vision red) low
energy) (lower abdominal) pain 24/7 going month,
now and my breathing is difficult (heavy) Something
is very wrong. Something must need done as I feel
this on going/untreated medical need is life threating
with the delays past year of medical care. I need proper
lab test (an x-ray). Thank you (My pain level is at
about 5 1/10 up and down ongoing never stop effecting eh
_Ns Naomi White Eagle_

PATIENT SIGNATURE

## HEALTH SERVICES RESPONSE/ENCOUNTER

This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical
work/bunk change, religious diets, shoes, classification, complaints about staff, non-health services issues

| ☐ Schedule within ____ days/weeks/months | ☐ Next available sick call | ☐ No visit required |
|---|---|---|

Matters I must cope through Thank you!

Patient will be scheduled for sick call
with PCP next available time frame. ↪
PCP will schedule.

Drug

| RESPONDER signature and stamp (all copies) | DATE and TIME |
|---|---|
| Drug | 6/17/2022 @ 1555 |

Distribution: **WHITE/YELLOW** – Responder, **PINK** – Patient keeps
Distribution upon completion: **WHITE** – Health Record, **YELLOW** – Return to Patient with Response

State law and/or federal regulations prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

DOC 13-423 (06/09/2021)          DOC 610.600   DOC 610.650   DOC 630.500   DOC 630.540          KITES

H 10



**Department of**
## Corrections
WASHINGTON STATE

# HEALTH SERVICES KITE

This form must be used to request non-emergency healthcare
services, except in facilities where kiosks or sign-up sheets are used.

*PLEASE PRINT*          ***SUBMISSION OF HEALTH SERVICES REQUEST MAY RESULT IN A CO-PAY***

| LAST NAME  White Eagle | | FIRST NAME  Naomi | | |
|---|---|---|---|---|
| DOC NUMBER  835576 | FACILITY  AHCC | UNIT/CELL  R4 151 | DATE  7 12 2022 | TIME |
| JOB/PROGRAM | | JOB/PROGRAM HOURS | DAYS OFF | |

*If you feel you have an actual medical emergency, alert the staff and do not use this form.*

**TYPE OF REQUEST (check only one box per form)**

☐ MEDICAL          ☐ DENTAL          ☐ MENTAL HEALTH

☐ MEDICATION REFILL – List medication(s) with prescription number(s) or place sticker below

☐ OPTOMETRY          ☐ OTHER: _pharmacy_

**REASON FOR REQUEST (list problem or medications needing refill)**

_____ Med Refill _____

Plase first TRACT I had a my answer Ive
I go miss get Tic otho care for this
card runs out, it's a Antivotic Thank you.

Naomi White Eagle
PATIENT SIGNATURE

## HEALTH SERVICES RESPONSE/ENCOUNTER
This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical
work/bunk change, religious diets, shoes, classification, complaints about staff, non-health services issues

| ☐ Schedule within ____ days/weeks/months | ☐ Next available sick call | ☐ No visit required |
|---|---|---|

| RESPONDER signature and stamp (all copies) | DATE and TIME |
|---|---|
| | |

Distribution: **WHITE/YELLOW** – Responder, **PINK** – Patient keeps
Distribution upon completion: **WHITE** – Health Record, **YELLOW** – Return to Patient with Response

State law and/or federal regulations prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

DOC 13-423 (01/13/2022)      DOC 610.600      DOC 610.650      DOC 630.500      DOC 630.540      DOC 650.020          KITES

H 17



Department of
## Corrections
WASHINGTON STATE

**HEALTH SERVICES KITE**

This form must be used to request non-emergency healthcare
services, except in facilities where kiosks or sign-up sheets are used.

*PLEASE PRINT*          ***SUBMISSION OF HEALTH SERVICES REQUEST MAY RESULT IN A CO-PAY***

| LAST NAME White Eagle | | FIRST NAME Naomi | |
|---|---|---|---|
| DOC NUMBER 655988 | FACILITY AHCC | UNIT/CELL KB | DATE 7/7/2022 | TIME 2:26 pm |
| JOB/PROGRAM NO | | JOB/PROGRAM HOURS | DAYS OFF |

***If you feel you have an actual medical emergency, alert the staff and do not use this form.***

**TYPE OF REQUEST (check only one box per form)**

☑ MEDICAL          ☐ DENTAL          ☐ MENTAL HEALTH

☐ MEDICATION REFILL – List medication(s) with prescription number(s) or place sticker below

☐ OPTOMETRY          ☐ OTHER: To Josh, provider,

**REASON FOR REQUEST (list problem or medications needing refill)**

Hi Josh, Thank you for the antibiotic metronidazole, How Ever the Doctor at the spokane Hospital recommended 2 antibiotics be given, I only got this one? IF Another is needed along with this one I may not Heal could you see into this issue, Also, I've Had pheumonia 3 times past, Last two it took 6 weeks of Antibiotics to Heal it- Spp it's some Thing with my Health conditions, I'm told, So I'm uncertain 2 weeks - 14 days of this metronidazole prescribed will work, Remember

Naomi White Eagle

PATIENT SIGNATURE

## HEALTH SERVICES RESPONSE/ENCOUNTER
This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical
work/bunk change, religious diets, shoes, classification, complaints about staff, non-health services issues

| ☐ Schedule within ____ days/weeks/months | ☐ Next available sick call | ☐ No visit required |
|---|---|---|

I was treated with antibiotics 2 times of past starting over a year ago, Infection comming back Both times, but I did not get 14 days suplay only 11 - and 9 -, Thank you,

Forwarding to _____
for renewal review
JUL 18 2022        This is the only antibiotic this was
S. Hamby, LPN        reccommended.

| RESPONDER signature and stamp (all copies) J. Landsverk, PA-C | DATE and TIME 7/18/22  0900 |
|---|---|

Distribution: **WHITE/YELLOW** – Responder, **PINK** – Patient keeps
Distribution upon completion: **WHITE** – Health Record, **YELLOW** – Return to Patient with Response

State law and/or federal regulations prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

DOC 13-423 (01/13/2022)     DOC 610.300     DOC 610.650     DOC 630.500     DOC 630.540     DOC 650.020     KITES

H 12



**Department of**
# Corrections
WASHINGTON STATE

**HEALTH SERVICES KITE**

This form must be used to request non-emergency healthcare
services, except in facilities where kiosks or sign-up sheets are used.

*PLEASE PRINT*  |  ***SUBMISSION OF HEALTH SERVICES REQUEST MAY RESULT IN A CO-PAY***

| LAST NAME | FIRST NAME |
| White Nole | Warm |

| DOC NUMBER | FACILITY | UNIT/CELL | DATE | TIME |
| 835788 | AHCC | L | | |

| JOB/PROGRAM | JOB/PROGRAM HOURS | DAYS OFF |
| | | |

***If you feel you have an actual medical emergency, alert the staff and do not use this form.***

**TYPE OF REQUEST (check only one box per form)**

☑ MEDICAL  ☐ DENTAL  ☐ MENTAL HEALTH

☐ MEDICATION REFILL – List medication(s) with prescription number(s) or place sticker below

☐ OPTOMETRY  ☐ OTHER: _To Josh – no thin_

**REASON FOR REQUEST (list problem or medications needing refill)**

I have been using the antibiotic metronidaz
you prescribed as directed. Two days left. Then
14 days is up now, I still as have symptoms
of concern, a discolored pass like substance
in all bowel movements. Still, however I feel
not much pain as before – no seen blood, con-
cern is will the 14 days say be enough to kill
all the infection is symptoms still exist, but yor
_____ white fore

_____ PATIENT SIGNATURE

**HEALTH SERVICES RESPONSE/ENCOUNTER**
This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical
work/bunk change, religious diets, shoes, classification, complaints about staff, non-health services issues

| ☐ Schedule within ____ days/weeks/months | ☐ Next available sick call | ☐ No visit required |

_____

_____

_____

_____

_____

_____

| RESPONDER signature and stamp (all copies) | DATE and TIME |

Distribution: **WHITE/YELLOW** – Responder, **PINK** – Patient keeps
Distribution upon completion: **WHITE** – Health Record, **YELLOW** – Return to Patient with Response

State law and/or federal regulations prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

DOC 13-423 (01/13/2022)    DOC 610.600    DOC 610.650    DOC 630.500    DOC 630.540    DOC 650.020    KITES

H13



Department of
**Corrections**
WASHINGTON STATE

**HEALTH SERVICES KITE**

This form must be used to request non-emergency healthcare
services, except in facilities where kiosks or sign-up sheets are used.

*PLEASE PRINT*                    ***SUBMISSION OF HEALTH SERVICES REQUEST MAY RESULT IN A CO-PAY***

| LAST NAME White Eagle | | FIRST NAME Naomi | | |
|---|---|---|---|---|
| DOC NUMBER 855988 | FACILITY AHCC | UNIT/CELL R25C | DATE 7/27/2022 | TIME 6:00 |
| JOB/PROGRAM | | JOB/PROGRAM HOURS | | DAYS OFF |

***If you feel you have an actual medical emergency, alert the staff and do not use this form.***

**TYPE OF REQUEST (check only one box per form)**

☑ MEDICAL      ☐ DENTAL           ☐ MENTAL HEALTH

☐ MEDICATION REFILL – List medication(s) with prescription number(s) or place sticker below

☐ OPTOMETRY    ☐ OTHER: To Josh – provider

**REASON FOR REQUEST (list problem or medications needing refill)**

I have been taking the antibiotic metronidazole
you prescribed as directed, two days left then
14 days is up now, I still do have simptons
of concern, a discolored puss like substance
in all bowel movements still, however I feel
not much pain as befor – no seen blood now, con
-cern is will the 14 day suphy be enough to kill
all the infection is simptons still exist, Thank yo
Naomi White Eagle

PATIENT SIGNATURE

**HEALTH SERVICES RESPONSE/ENCOUNTER**
This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical
work/bunk change, religious diets, shoes, classification, complaints about staff, non-health services issues

| ☐ Schedule within ____ days/weeks/months | ☐ Next available sick call | ☐ No visit required |
|---|---|---|

Connects w/re. This duration was
recommended per GI. Make sure to
stay hydrated ↑ fiber and active.
This should help with GI health.

| RESPONDER signature and stamp (all copies) Landsverk, PA-C | DATE and TIME 7/8/22   0755 |
|---|---|

Distribution: **WHITE/YELLOW** – Responder, **PINK** – Patient keeps
Distribution upon completion: **WHITE** – Health Record, **YELLOW** – Return to Patient with Response

State law and/or federal regulations prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

DOC 13-423 (01/13/2022)    DOC 610.600    DOC 610.650    DOC 630.500    DOC 630.540    DOC 650.020                    KITES



**Department of Corrections**
WASHINGTON STATE

**"KITE" PARA SERVICIOS DE SALUD**

Se usa este formulario para pedir servicios médicos no urgentes,
salvo en instituciones en donde se usa el quiosco u hoja en donde apuntar los nombres.

*LETRA DE MOLDE, POR FAVOR*          *El pedir servicios de salud puede resultar en un copago.*

| APELLIDO White Eagle | NOMBRE 755988 Naomi |
|---|---|

| NUMERO DE DOC 755988 | INSTITUCION AHCC | UNIDAD/CELDA MA03C | FECHA 4/28/2021 | HORA 8.27 am |
|---|---|---|---|---|

| TRABAJO/PROGRAMA | TRABAJO/HORAS DEL PROGRAMA | DIAS LIBRES |
|---|---|---|

***Si piensa usted que tiene una emergencia médica de verdad, avise al personal y no use este formulario.***

**CLASE DE PETICION (marque sólo una casilla por formulario)**

☑ MEDICA        ☐ DENTAL        ☐ SALUD MENTAL

☐ RESURTIDO DE MEDICAMENTOS – Apunte el/los medicamentos con el número o números de los medicamentos o pegue la etiqueta abajo.

☐ OPTOMETRIA        ☐ OTRA: To; HSM-1 Kathleen o'connor

**RAZON POR LA PETICION (explique el problema/apunte el medicamento del cual necesita un nuevo surtido)**

Ms, o'connor, Today 4/28 Kop Kop window issuebles the nurse gave me the patieth medication information sheet # Rx #7166171S, for Amoxiclavulanute 875--125 mg TAB, However she did "Not" give me the pill card of this medication, I still Have Recieved This, could you please Help me with This, and Thank you for The med's, I hope that this is Best to averall Treat my needs. Thank you, Bless,
Ms. Naomi white Eagle

FIRMA DEL INTERNO

**RESPUESTA DE SERVICIOS DE SALUD/CONSULTA**
Se tiene que archivar este formulario si hay información abajo, con las siguientes excepciones: resurtidos de medicamentos, asuntos de dinero, cambios de trabajo/cama por razones no médicas, dietas religiosas, zapatos, clasificación, quejas acerca del personal, asuntos no relacionados con servicios médicos

| ☐ Fije consulta dentro de ___ días/semanas/meses | ☐ Próxima llamada de enfermos | ☐ Consulta no requerida |
|---|---|---|

Hello — There is no record, of this medication prescribed to you in your chart or in the pharmacy tracking system. Please check the name of the medication you are looking for and let me know if you need further help with this. K~

| PERSONA QUE RESPONDE firma y sello (todas las copias) K. O'Connor, HSM1 | FECHA y HORA 4/29/2022 |
|---|---|

Distribución: **BLANCA/AMARILLA** – Persona que responde, **ROSA** – Interno/Interna
Distribución final: **BLANCA** – Archivo médico, **AMARILLA** – Se devuelve al interno con la respuesta

Las leyes estatales y/o los reglamentos federales prohíben la revelación de esta información sin el consentimiento específico por escrito de quien se trate, o según permita la ley

DOC 13-423S (06/09/2021)          DOC 610.600   DOC 610.650   DOC 630.500   DOC 630.540                    KITES

**Rx Number: 71661715**                                    **AMOX/CLAVULANATE 875-125MG TAB**

ADDITIONAL INFORMATION: If your symptoms or health problems do not get better or if they become worse, call your doctor. Do not share your drugs with others and do not take anyone else's drugs. Some drugs may have another patient information leaflet. Check with your pharmacist. If you have any questions about this drug, please talk with your doctor, nurse, pharmacist, or other health care provider.

Database Edition 2022.1.003 - Expires June 2022Copyright 2022 UpToDate, Inc. All Rights Reserved.All rights reserved.

AMOX/CLAVULANATE 875-125M **P A T I E N T  M E D I C A T I O N  I N F O R M**          **Rx #71661715**

GENERIC NAME:  Amoxicillin and Clavulanate Tablets (a moks i SIL in & klav yoo LAN ate)

COMMON USES:  It is used to treat bacterial infections.

BEFORE USING THIS MEDICINE:  WHAT DO I NEED TO TELL MY DOCTOR BEFORE I TAKE THIS DRUG? TELL YOUR DOCTOR: If you are allergic to this drug; any part of this drug; or any other drugs, foods, or substances. Tell your doctor about the allergy and what signs you had. TELL YOUR DOCTOR: If you are allergic to penicillin. TELL YOUR DOCTOR: If you have kidney disease. TELL YOUR DOCTOR: If you have turned yellow or had liver side effects with this drug before. TELL YOUR DOCTOR: If you have mono. TELL YOUR DOCTOR: If you are taking probenecid. This is not a list of all drugs or health problems that interact with this drug. Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.

HOW TO USE THIS MEDICINE:  HOW IS THIS DRUG BEST TAKEN? Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely. Take with or without food. This drug may be taken with food if it causes an upset stomach. Use as you have been told, even if your signs get better. HOW DO I STORE AND/OR THROW OUT THIS DRUG? Store at room temperature in a dry place. Do not store in a bathroom. Keep all drugs in a safe place. Keep all drugs out of the reach of children and pets. Throw away unused or expired drugs. Do not flush down a toilet or pour down a drain unless you are told to do so. Check with your pharmacist if you have questions about the best way to throw out drugs. There may be drug take-back programs in your area. WHAT DO I DO IF I MISS A DOSE? Take a missed dose as soon as you think about it. If it is close to the time for your next dose, skip the missed dose and go back to your normal time. Do not take 2 doses at the same time or extra doses.

CAUTIONS:  Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists, and dentists. Have your blood work checked if you are on this drug for a long time. Talk with your doctor. This drug may affect certain lab tests. Tell all of your health care providers and lab workers that you take this drug. If you have high blood sugar (diabetes) and test your urine glucose, talk with your doctor to find out which tests are best to use. Do not use longer than you have been told. A second infection may happen. Birth control pills and other hormone-based birth control may not work as well to prevent pregnancy. Use some other kind of birth control also like a condom when taking this drug. Tell your doctor if you are pregnant, plan on getting pregnant, or are breast-feeding. You will need to talk about the benefits and risks to you and the baby.

POSSIBLE SIDE EFFECTS:  WHAT ARE SOME SIDE EFFECTS THAT I NEED TO CALL MY DOCTOR ABOUT RIGHT AWAY? WARNING/CAUTION: Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical help right away if you have any of the following signs or symptoms that may be related to a very bad side effect: Signs of an allergic reaction, like rash; hives; itching; red, swollen, blistered, or peeling skin with or without fever; wheezing; tightness in the chest or throat; trouble breathing, swallowing, or talking; unusual hoarseness; or swelling of the mouth, face, lips, tongue, or throat. Rarely, some allergic reactions have been deadly. Vaginal irritation. Diarrhea is common with antibiotics. Rarely, a severe form called C diff-associated diarrhea (CDAD) may happen. Sometimes, this has led to a deadly bowel problem. CDAD may happen during or a few months after taking antibiotics. Call your doctor right away if you have stomach pain, cramps, or very loose, watery, or bloody stools. Check with your doctor before treating diarrhea. Liver problems have happened with this drug. Rarely, this has been deadly. Call your doctor right away if you have signs of liver problems like dark urine, feeling tired, not hungry, upset stomach or stomach pain, light-colored stools, throwing up, or yellow skin or eyes. A severe skin reaction (Stevens-Johnson syndrome/toxic epidermal necrolysis) may happen. It can cause severe health problems that may not go away, and sometimes death. Get medical help right away if you have signs like red, swollen, blistered, or peeling skin (with or without fever); red or irritated eyes; or sores in your mouth, throat, nose, or eyes. WHAT ARE SOME OTHER SIDE EFFECTS OF THIS DRUG? All drugs may cause side effects. However, many people have no side effects or only have minor side effects. Call your doctor or get medical help if any of these side effects or any other side effects bother you or do not go away: For all patients taking this drug: Diarrhea, upset stomach, or throwing up. Children: Diaper rash. These are not all of the side effects that may occur. If you have questions about side effects, call your doctor. Call your doctor for medical advice about side effects. You may report side effects to the FDA at 1-800-332-1088. You may also report side effects at https://www.fda.gov/medwatch.

OVERDOSE:  If you think there has been an overdose, call your poison control center or get medical care right away. Be ready to tell or show what was taken, how much, and when it happened.

H 16



Department of
**Corrections**
WASHINGTON STATE

**HEALTH SERVICES KITE**

This fill and print form is for healthcare staff to initiate communication with patients.
Patient offenders are to use the 3-part NCR form to communicate with staff.

| LAST NAME **Lowe "White Eagle"** | FIRST NAME **Lowell "Naomi"** |
|---|---|

| DOC NUMBER **855988** | FACILITY **SCCC** | UNIT/CELL **IMU - FA20** |
|---|---|---|

### HEALTH SERVICES RESPONSE/ENCOUNTER

This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical
work/bunk change, religious diets, shoes, classification, non-health services issues

**TYPE OF RESPONSE**

☒ MEDICAL     ☐ DENTAL          ☐ MENTAL HEALTH

☐ OPTOMETRY   ☐ OTHER: _____

| ☐ Schedule within _____ days/weeks/months | ☐ Next available sick call | ☐ No visit required |
|---|---|---|

**This is in response to your recent Public Disclosure request, #H9761. Regarding the evaluation that you
requested, Dr. Cryder has told me that the evaluation needs to be reviewed with you before you can get a
copy. I will keep this request open, so that when the evaluation is reviewed, I will copy and get a bill to
you.**

**There are no kites in your medical file for the dates March 15th, 16th and 17th. Because they were written
from the kiosk, they are probably in your central file.**

| RESPONDER typed name and signature
𝒳 **C. Flewelling, RHIT** | DATE
**02/19/2021** |
|---|---|

**PRESCRIPTIONS MUST BE WRITTEN ON DOC 13-435 PRIMARY ENCOUNTER REPORT (PER) OR IN CIPS**
Distribution: **ORIGINAL** – Health Record, **COPY** – Offender

*State law (RCW 70.02) and/or federal regulations (42 CFR Part 2) prohibit disclosure of this information without the specific written
consent of the person to whom it pertains, or as otherwise permitted by law.*

**Rx Number: 71713997**

**METRONIDAZOLE 250MG TAB**

Metallic taste. Headache. Joint pain. Lowered interest in sex. These are not all of the side effects that may occur. If you have questions about side effects, call your doctor. Call your doctor for medical advice about side effects. You may report side effects to the FDA at 1-800-332-1088. You may also report side effects at https://www.fda.gov/medwatch.

OVERDOSE: If you think there has been an overdose, call your poison control center or get medical care right away. Be ready to tell or show what was taken, how much, and when it happened.

ADDITIONAL INFORMATION: If your symptoms or health problems do not get better or if they become worse, call your doctor. Do not share your drugs with others and do not take anyone else's drugs. Some drugs may have another patient information leaflet. Check with your pharmacist. If you have any questions about this drug, please talk with your doctor, nurse, pharmacist, or other health care provider.

Database Edition 2022.1.006 – Expires September 2022Copyright 2022 UpToDate, Inc. All Rights Reserved .All rights reserved.

---

**METRONIDAZOLE 250MG TAB   PATIENT MEDICATION INFORMATION**   **Rx #71713997**

GENERIC NAME:  Metronidazole Tablets and Capsules (met roe NYE da zole)

WARNING:  Metronidazole has been shown to cause cancer in mice and rats with long-term use. Talk with the doctor. The doctor has given you this drug for a certain health problem. Do not use this drug for other health problems.  COMMON USES:  It is used to treat infections. It may be given to you for other reasons. Talk with the doctor.

BEFORE USING THIS MEDICINE:  WHAT DO I NEED TO TELL MY DOCTOR BEFORE I TAKE THIS DRUG? TELL YOUR DOCTOR: If you are allergic to this drug; any part of this drug; or any other drugs, foods, or substances. Tell your doctor about the allergy and what signs you had. TELL YOUR DOCTOR: If you have Cockayne syndrome. Some people with Cockayne syndrome have had liver problems when taking this drug. Sometimes, these liver problems have not gone away or have been deadly. TELL YOUR DOCTOR: If you have taken disulfiram within the past 2 weeks. TELL YOUR DOCTOR: If you are less than 12 weeks pregnant. This drug is not for use in certain patients who are less than 12 weeks pregnant. TELL YOUR DOCTOR: If you are breast-feeding. Do not breast-feed for 24 hours after getting this drug. This is not a list of all drugs or health problems that interact with this drug. Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.

HOW TO USE THIS MEDICINE:  HOW IS THIS DRUG BEST TAKEN? Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely. Take with or without food. Take with food if it causes an upset stomach. Keep taking this drug as you have been told by your doctor or other health care provider, even if you feel well. HOW DO I STORE AND/OR THROW OUT THIS DRUG? Store at room temperature protected from light. Store in a dry place. Do not store in a bathroom. Keep all drugs in a safe place. Keep all drugs out of the reach of children and pets. Throw away unused or expired drugs. Do not flush down a toilet or pour down a drain unless you are told to do so. Check with your pharmacist if you have questions about the best way to throw out drugs. There may be drug take-back programs in your area. WHAT DO I DO IF I MISS A DOSE? Take a missed dose as soon as you think about it. If it is close to the time for your next dose, skip the missed dose and go back to your normal time. Do not take 2 doses at the same time or extra doses.

CAUTIONS:  Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists, and dentists. Have blood work checked as you have been told by the doctor. Talk with the doctor. This drug may affect certain lab tests. Tell all of your health care providers and lab workers that you take this drug. If you are on dialysis, talk with your doctor. Avoid alcohol and products that have alcohol or propylene glycol in them while taking this drug and for at least 72 hours after your last dose. Drinking alcohol or taking products that have alcohol or propylene glycol in them, like some cough syrups, may cause stomach cramps, upset stomach or throwing up, headaches, and flushing. Do not use longer than you have been told. A second infection may happen. If you are 65 or older, use this drug with care. You could have more side effects. Tell your doctor if you are pregnant or plan on getting pregnant. You will need to talk about the benefits and risks of using this drug while you are pregnant.

POSSIBLE SIDE EFFECTS:  WHAT ARE SOME SIDE EFFECTS THAT I NEED TO CALL MY DOCTOR ABOUT RIGHT AWAY? WARNING/CAUTION: Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical help right away if you have any of the following signs or symptoms that may be related to a very bad side effect: Signs of an allergic reaction, like rash; hives; itching; red, swollen, blistered, or peeling skin with or without fever; wheezing; tightness in the chest or throat; trouble breathing, swallowing, or talking; unusual hoarseness; or swelling of the mouth, face, lips, tongue, or throat. Signs of a very bad skin reaction (Stevens-Johnson syndrome/toxic epidermal necrolysis) like red, swollen, blistered, or peeling skin (with or without fever); red or irritated eyes; or sores in the mouth, throat, nose, or eyes. Redness or white patches in mouth or throat. Vaginal itching or discharge. Fast or abnormal heartbeat. Pain when passing urine or blood in urine. Passing urine more often. Pelvic pain. Nervous system problems have happened with this drug. Some people who took this drug for a long time have had nerve problems that lasted for a long time. Call your doctor right away if you have a burning, numbness, or tingling feeling that is not normal; change in balance or eyesight; dizziness or passing out; headache; not able to sleep; seizures; or trouble speaking. Call your doctor right away if you feel confused, depressed, irritable, tired, or weak. This drug may raise the chance of a very bad brain problem called aseptic meningitis. Call your doctor right away if you have a headache, fever, chills, very upset stomach or throwing up, stiff neck, rash, bright lights bother your eyes, feeling sleepy, or feeling confused. Low white blood cell counts have happened with this drug. This may lead to a higher chance of getting an infection. Call your doctor right away if you have signs of infection like fever, chills, or sore throat. WHAT ARE SOME OTHER SIDE EFFECTS OF THIS DRUG? All drugs may cause side effects. However, many people have no side effects or only have minor side effects. Call your doctor or get medical help if any of these side effects or any other side effects bother you or do not go away: Constipation, diarrhea, stomach pain, upset stomach, throwing up, or feeling less hungry. Stomach cramps.



**Department of**
**Corrections**
WASHINGTON STATE

OFFENDER I.D. DATA: WHITE EAGLE, Naomi S.
(Name, DOC#, DOB)    855988    1962

## CARE REVIEW COMMITTEE REPORT

| DATE:<br>11/30/2021 | CONSULT ID:<br>130909 | INSTITUTION:<br>AHCC | ERD:<br>9/22/2027 |
|---|---|---|---|
| PRIMARY CARE PRACTITIONER: | ATTENDING PHYSICIAN:<br>Burt, Nathaniel B. | | CASE PRESENTED BY:<br>Burt, Nathaniel B. |

**Case Synopsis/Differential or Working Diagnosis:**
see MER in chart

**Intervention Proposed:**
GD CRC consult to "review external consultant assessment for surgery"

**Committee Recommendations:**
Level 1

Recommendation Legend:     Level I – Approved As Medically Necessary          Level III – Not Approved: Not Medically Necessary

**End Date of Approval** (if indicated):

**Voting Members Present:**
DR. Samir Aziz, Dr. F. Longano

| PRACTITIONER SIGNATURE:<br><br>Burt, Nathaniel B. |
|---|

State law (RCW 70.02; RCW 70.24.105; RCW 71.05.390) and/or federal regulations (42 CFR Part 2; 45 CFR Part 164) prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

DOC 13-395 (12/06/2012)

H 19

CONSULTATION



STATE OF WASHINGTON
**DEPARTMENT OF CORRECTIONS**
AIRWAY HEIGHTS CORRECTIONS CENTER
P.O. Box 1899 • A1rway Heights, Washington 99001-1899 • (509) 244-6700
FAX (509) 244-6710

June 15, 2022

Ms. Naomi White Eagle
DOC 855988 AHCC ~~SB03L~~ *R B 09L SM*
P.O. Box 1899
Airway Heights, WA 99001

Dear Ms. White Eagle,

I am writing in response to a recent letter of concern you wrote that was received by the
Department's Correspondence Unit on June 1, 2022 (DEP-66513). Your concern, regarding an
untreated infection, was assigned to me for review. I have looked into your case and, via health
record review and discussion with the Facility Medical Director, this is what I learned.

You were treated for H. Pylori in March of 2021. Since then you have had an EGD with a
biopsy, the results of which were negative for H. Pylori. Please note that repeat lab testing is not
recommended, as results may remain positive even after treatment. You have been seen several
times since as a result of your apparent belief that you have a bowel infection. Extensive test
results have however been negative.

You have reported intestinal issues and diarrhea and have received appropriate medical workups
for those concerns. A colonoscopy was requested, approved and scheduled but unfortunately had
to be cancelled recently, due to your Living Unit then being on Quarantine status. The procedure
has been rescheduled and you are asked to remain as patient as possible in this regard.

Your health is important to us, and you are in the care of committed and competent providers.
Please continue to report new or worsening symptoms, if and as they occur, so that any new
information can be considered by your provider team.

Sincerely,

Don McIntyre, AHCC Health Service Manager
Cc: David Flynn, DOC Assistant Secretary-Health Services

H 20

PATIENT COPY



**Department of**
**Corrections**
WASHINGTON STATE

**HEALTH SERVICES KITE**

This fill and print form is for healthcare staff to initiate communication with patients.
Patients are to use the 3-part NCR form to communicate with staff.

| LAST NAME **White Eagle** | | FIRST NAME **Naomi** |
|---|---|---|
| DOC NUMBER **855988** | FACILITY **AHCC** | UNIT/CELL R **809** |

### HEALTH SERVICES RESPONSE/ENCOUNTER

This form must be filed in the patient's health record except for: simple prescription refills, finance, non-medical
work/bunk change, religious diets, shoes, classification, non-health services issues

**TYPE OF RESPONSE**

☒ MEDICAL ☐ DENTAL ☐ MENTAL HEALTH

☐ OPTOMETRY ☐ OTHER: _____

| ☐ Schedule within _____ days/weeks/months | ☐ Next available sick call | ☐ No visit required |
|---|---|---|

**Ms. White Eagle,**

**Your recent lab tests were negative for H. pylori and c.diff. We will continue with colonoscopy as
scheduled.** *when !*

| RESPONDER typed name and signature **J. Landsverk, PA-C** | DATE **06/08/2022** |
|---|---|

Distribution: **ORIGINAL** – Health Record **COPY** – Patient

State law and/or federal regulations prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

DOC 13-423FP (03/27/2019)     DOC 610.600   DOC 610.650   DOC 630.500   DOC 630.540     KITES

H21

Department of
**Corrections**
WASHINGTON STATE

*Follow up* JUN 1 2 2022

HEALTH SERVICES
UNIT

AHCC

**PATIENT COPY**

HEALTH SERVICES KITE

This form must be used to request non-emergency healthcare services, except in facilities where kiosks or sign-up sheets are used.

PLEASE PRINT

SUBMISSION OF HEALTH SERVICES REQUEST MAY RESULT IN A CO-PAY

LAST NAME: White Eagle

FIRST NAME: Naomi

DOC NUMBER: 855788

FACILITY: AHCC

UNIT/CELL: KB09-L

DATE: 6/11/2022

TIME: 7:38 Am

JOB/PROGRAM: NA

JOB/PROGRAM HOURS:

DAYS OFF:

*If you feel you have an actual medical emergency, alert the staff and do not use this form.*

TYPE OF REQUEST (check only one box per form)

☒ MEDICAL   ☐ DENTAL   ☐ MENTAL HEALTH

☐ MEDICATION REFILL – List medication(s) with prescription number(s) or place sticker below

☐ OPTOMETRY   ☐ OTHER: To Josh, my provider

REASON FOR REQUEST (list problem or medications needing refill)

I am scheduled for a colonoscopy, However which is a medical necessity need to try and figure out why I am in so much abdominal pain and bacteria infection. This medical illness hinders my daily activities, and it's difficult walking Even, due to pain, I must Have all test Run to find problem, This issue must be resolved please resolve it in a timely matter, I get dizzy spells, very tired, low Energy, weakened! Thank you!
Naomi White Eagle

PATIENT SIGNATURE

HEALTH SERVICES RESPONSE/ENCOUNTER

This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical work/bunk change, religious diets, shoes, classification, complaints about staff, non-health services issues

☐ Schedule within _____ days/weeks/months   ☐ Next available sick call   ☐ No visit required

The colonoscopy will help provide many diagnostics. Recent labs were normal, Consider increasing fiber and hydration in diet

RESPONDER signature and stamp (all copies): J. Landsverk, PA-C

DATE and TIME: 6/13/22   1347

Distribution: WHITE/YELLOW – Responder, PINK – Patient keeps
Distribution upon completion: WHITE – Health Record, YELLOW – Return to Patient with Response

State law and/or federal regulations prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as others are permitted by law.

DOC 13-423 (01/13/2022)   DOC 610.600   DOC 610.650   DOC 630.500   DOC 630.540   DOC 650.020   KITES

H22

RAO4B  **PATIENT COPY**

SPAN/SBH  HEALTH SERVICES UNIT  JNF/JB091

JUN 16 2022

AHCC



**Department of Corrections**
WASHINGTON STATE

**HEALTH SERVICES KITE**

This form must be used to request non-emergency healthcare
services, except in facilities where kiosks or sign-up sheets are used.

*PLEASE PRINT*                    *SUBMISSION OF HEALTH SERVICES REQUEST MAY RESULT IN A CO-PAY*

| LAST NAME White Eagle | | FIRST NAME Nai | | |
|---|---|---|---|---|
| DOC NUMBER 855988 | FACILITY AHCC | UNIT/CELL B50 | DATE 6/15/2022 | TIME Noon |
| JOB/PROGRAM | | JOB/PROGRAM HOURS | | DAYS OFF |

*If you feel you have an actual medical emergency, alert the staff and do not use this form.*

**TYPE OF REQUEST** (check only one box per form)

☒ MEDICAL          ☐ DENTAL          ☐ MENTAL HEALTH

☐ MEDICATION REFILL – List medication(s) with prescription number(s) or place sticker below

☐ OPTOMETRY        ☐ OTHER: Provider-Josh

**REASON FOR REQUEST** (list problem or medications needing refill)

I was wondering As the follow up unto said
scheduling for colonoscopy & other testings for
intestinal- bacteria infection.

_____

_____

Ms. Naomi Sue White Eagle

PATIENT SIGNATURE

**HEALTH SERVICES RESPONSE/ENCOUNTER**
This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical
work/bunk change, religious diets, shoes, classification, complaints about staff, non-health services issues

☐ Schedule within ____ days/weeks/months   ☐ Next available sick call   ☐ No visit required

You have been scheduled for
colonoscopy. No other labs are
needed at this time.

_____

| RESPONDER signature and stamp (all copies) J. Landsverk, PA-C | DATE and TIME 6/16/22   0720 |
|---|---|

Distribution: **WHITE/YELLOW** – Responder, **PINK** – Patient keeps
Distribution upon completion: **WHITE** – Health Record, **YELLOW** – Return to Patient with Response

State law and federal regulations prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

DOC 13-423 (01/13/2022)   DOC 610.600   DOC 610.650   DOC 630.500   DOC 630.540   DOC 650.020                    KITES

HEALTH SERVICES
UNIT

JUL 1 2 2022

AHCC

**PATIENT COPY**

HEALTH SERVICES KITE



Department of
**Corrections**
WASHINGTON STATE

This form must be used to request non-emergency healthcare
services, except in facilities where kiosks or sign-up sheets are used.

PLEASE PRINT                    SUBMISSION OF HEALTH SERVICES REQUEST MAY RESULT IN A CO-PAY

| LAST NAME White Eagle | | | FIRST NAME Naomi | |
|---|---|---|---|---|
| DOC NUMBER 855988 | FACILITY AHCC | CELL 35-L | DATE 7/11/2022 | TIME 5:30 pm |
| JOB/PROGRAM NO | JOB/PRO HOURS | | DAYS OFF | |

*If you feel you have an actual medical emergency, alert the staff and do not use this form.*

TYPE OF REQUEST (check only one box per form)

☑ MEDICAL                     ☐ DENTAL                     ☐ MENTAL HEALTH

☐ MEDICATION REFILL – List medication(s) with prescription number(s) or place sticker below

☐ OPTOMETRY          ☐ OTHER: To Josh, my Provider

REASON FOR REQUEST (list problem or medications needing refill)

I Had a collen ostiplery at a spokan Hospital
medical center, a few weeks back, the
Doctor who done it recommended 2
antibiotics which I Have not yet started
would you please look into This matter &
start thurm      Thank you

                    Naomi White Eagle
                    PATIENT SIGNATURE

### HEALTH SERVICES RESPONSE/ENCOUNTER

This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical
work/bunk change, religious diets, shoes, classification, complaints about staff, non-health services issues

| ☐ Schedule within   days/weeks/months | ☐ Next available sick call | ☐ No visit required |
|---|---|---|

They stated "Consider" antibotic..
I will look into this again

| RESPONDER signature and stamp (all copies) | DATE and TIME 7/12/22   0715 | #24 |
|---|---|---|

Distribution: WHITE/YELLOW – Responder, PINK – Patient keeps
Distribution upon completion: WHITE – Health Record, YELLOW – Return to Patient with Response



Department of
**Corrections**
WASHINGTON STATE

PATIENT COPY
**HEALTH SERVICES KITE**
PATIENT COPY

This fill and print form is for healthcare staff to initiate communication with patients.
Patients are to use the 3-part NCR form to communicate with staff.

| LAST NAME **White Eagle** | | FIRST NAME **Naomi** |
|---|---|---|
| DOC NUMBER **855988** | FACILITY **AHCC** | UNIT/CELL R B35 |

### HEALTH SERVICES RESPONSE/ENCOUNTER

This form must be filed in the patient's health record except for: simple prescription refills, finance, non-medical
work/bunk change, religious diets, shoes, classification, complaints about staff, non-health services issues

**TYPE OF RESPONSE**

☒ MEDICAL          ☐ DENTAL          ☐ MENTAL HEALTH
☐ OPTOMETRY        ☐ OTHER: _____

| ☐ Schedule within _____ days/weeks/months | ☐ Next available sick call | ☐ No visit required |
|---|---|---|

**Ms. White Eagle,**

**Your chest CT on 7/18/22 showed small nodule. The radiologist suspects this is benign or noncancerous but
would like to repeat study in 6 months to evaluate trending. This study has been requested. If you have any
questions, please let me know. Thanks.**

| RESPONDER typed name and signature | DATE |
|---|---|
| **J. Landsverk, PA-C** | 08/01/2022 |

Distribution:    **ORIGINAL** – Health Record    **COPY** – Patient

State law and/or federal regulations prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

DOC 13-423FP (01/13/2022)    DOC 610.600    DOC 610.650    DOC 630.500    DOC 630.540    DOC 650.020                KITES

H 25

*(running in m; Emergence) one* **RESOLUTION REQUEST**

Department of
**Corrections**
WASHINGTON STATE    *drawp*

| LOG ID NUMBER: 227-54536 | |
|---|---|
| Facility/office received | Date/time received |
| AHCC Resolutions | 4/22/22 1200 |

Check one:    Include Log ID number for appeal or rewrite

[X] Initial   [ ] Health Services   [X] Emergency   [ ] Appeal   [ ] Rewrite

| Last name | First | Middle initial | DOC number |
|---|---|---|---|
| White Eagle | Naomi | S | 855988 |

| Facility/office | Unit/cell |
|---|---|
| AHCC | MA03L |

| Location | Date of incident | Time |
|---|---|---|
| M-unit, A Side | 4/20/2022 | 10:45 Am |

Witness name(s) and DOC number (if relevant):

Who (names) and/or what (policy, procedures, or practice) are you submitting your concern about?
DOC personnal's in comand, personnel saffty

Provide a short description of what happened and how it affected you:
On about 4/18/2022 I Became Awear that the chemicAls what is Being used as a Hepestat To Fight covid was Bruning my Lungs - eyes, causeing caughing, and Lung pain, Even useing Face mask, to day useing a cloth and Face mask combined, the order or chemicals is Having a Negitive efect efect causeing the same Efects in my lungs & eyes, It is strongest in Both room near 1 cell A side, well I was Just told By a inmate that Bleach and Hepestat is Being mike togather, Basic cheaistry to mix them creates a New chemicAl, I Feel my personna HealTH - saffty is At Risk, I can tast it Even in my cell door closed + mixing chemicals can Even cause death!!

Suggested remedy: Teach people who Instruct workers what mixing chemicals dose create, this matter must be Addressed Now!

Signature (Required): Naomi Sue White Eagle    Date: 4/20/2022

**Resolution Specialist Response**
[ ] Formal concern/appeal paperwork is being prepared
[ ] Request is not accepted per the Resolution Program Manual
[ ] You requested to withdraw the concern
[ ] Additional information and/or rewrite needed. Return by: _____
[ ] No rewrite received. Resolution Specialist withdrawal on: _____
[ ] Sent to _____ on _____

[ ] Correspondence
[ ] Administratively withdrawn
[X] Informal resolution attempt
[ ] Received from _____ on _____

Comments:
I appreciate your concern. Please send a kite to medical requesting an appointment w/ your PCP to discuss these health concerns.

Tim Taylor
Resolution Specialist

Signature: Ti Tay

Date: 4/22/22

## Statements Conclusion of Grievances

Purpose of a grievance is to make officials aware of issues, misconduct to seek remedy unto & by officials. As to prisoners unto policy 550.100, 310.100, 100.500   WAC: 137-28-285 Also see purpose of Grievances   Johnson v. Johnson 385 f.3d 503, 522 (5th cir)   U.S. v. Powell 564 f.2d 256 98 1449, 1435 U.S. 904 55 61 142)   Bradheim v. cry 584 f.3d 1262, 1296)

Defendant's violated such As to Due Process Imposing limitations & Depriving Plaintiff The Equal Protection of policies & laws. Rcw: 72.01.060, 43.01.125 Also see: Dent v. West Virginia 129 U.S 114 9 sup ct. 231   the 14th Amendment of the constitution. In deciding that "No State" shall deny ANY Person within It's Jurisdiction the Equal protection of the law; "which defendants: Plainly & clearly did." cause limitations upon the exercise of all the powers of the state. which can touch the individual or his/her property. ✳ whatever the state may do It CANNOT deprive anyone with It's Jurisdiction the equal protection of the laws. And Equal Protection of the laws is meant "Equal security" under them to everyone under similar Terms. ( The Prevention from wrongs & like circumstances, Due Process) Windsor v. mcVeigh 93 U.S. 274, 277) Helling v. mcKinney 509 U.S. 25 125 L.Ed.2d 22 113 S.ct 2475)   Defendants knew & know of issues unto medical, giving & causing unneeded pain & stress by same/similar responses & is violative of Rcw: 51.24.020, 49.60.030, 29.62 Also see, Soneeya v. Spencer 851 f.supp. 2d 228, 248) & Jett v. Penner 439 f.3d 1091, 1096 (9th cir) also further Faulk v. Charrier 262 f.3d 687, 698)

H 26



**Department of**
## Corrections
WASHINGTON STATE

**HEALTH SERVICES KITE**

This fill and print form is for healthcare staff to initiate communication with patients.
Patients are to use the 3-part NCR form to communicate with staff.

| LAST NAME | **White Eagle (Lowe)** | FIRST NAME | **Naomi (Lowell)** |
|---|---|---|---|
| DOC NUMBER | **855988** | FACILITY | SCCC ~~AHCC~~ |
| | | UNIT/CELL | **FNA07** R-A-63L |

### HEALTH SERVICES RESPONSE/ENCOUNTER

This form must be filed in the patient's health record except for: simple prescription refills, finance, non-medical
work/bunk change, religious diets, shoes, classification, non-health services issues

## TYPE OF RESPONSE

☐ MEDICAL          ☐ DENTAL          ☒ MENTAL HEALTH

☐ OPTOMETRY      ☒ OTHER: **Dr. Cryder**

☐ Schedule within ____ days/weeks/months   ☐ Next available sick call   ☒ No visit required

Ms. White Eagle - first, I am sorry for the delayed response. I have been on vacation since March 19 and just returned today.

With grievances, there are 4 levels.

L0 - informal review and fixed at the lowest level

L1 - what is typically thought of as a grievance. If it is not responded to in a timely manner, it is escalated to a L2. Or if you are not happy with the response from L1, then it is appealed to L2.

L2 - means it is escalated to a higher authority within the facility. For example, I handle both L1 and L2 grievances because I am the Psych 4. You can appeal a L2 decision to L3.

L3 - this level means it is taken to HQ to review and respond.

What the grievance coordinator did on your behalf was to elevate your grievance because whoever was assigned your grievance did not respond in a timely fashion. It does not impact your sentencing or have anything to do with you. The coordinator is helping to move your grievance to a higher level of review.

I hope that helps.

C. Cryder, PhD

State law and/or federal regulations prohibit disclosure of this information without the specific
written consent of the person to whom it pertains, or as otherwise permitted by law.

DOC 13-423FP (03/27/2019)
630.540

DOC 610.600   DOC 610.650   DOC 630.500   DOC
KITES



# RESOLUTION REQUEST

**Department of Corrections**
WASHINGTON STATE

**LOG ID NUMBER:** 22753297

| | |
|---|---|
| Facility/office received | Date/time received |
| AHCC Resolutions | APR 05 2022 |

**Check one:** _Include Log ID number for appeal or rewrite_

☐ Initial ☒ Health Services ☒ Emergency ☐ Appeal ☐ Rewrite

| Last name | First | Middle initial | DOC number |
|---|---|---|---|
| WHITE EAGLE | NAOMI | SUE | 855988 |

| Facility/office | Unit/cell |
|---|---|
| AHCC | MA03L |

| Location | Date of incident | Time |
|---|---|---|
| AHCC | 3/30/2022 TO 4/5/2022 | |

Witness name(s) and DOC number (if relevant):

Who (names) and/or what (policy, procedures, or practice) are you submitting your concern about?
Doc medical personnal's & c/o's names unknown, Deylayed medical care

Provide a short description of what happened and how it affected you:
On 3/30/22 kop line was suht down befor geting my med's, Also Each and Every kop pick up time's to Date Has been Eother shout down or not called for m unit not alowe ing me to pick up my past Rosd Kop's, this Delay is, and Has been causing me severe stomach pain, the medication is to Help if not be painfull, my Grievance an Emergency due to fact severe pain is ongoing with out this medications, I wrote inital med kite that I was out, so its known, Thank you!

Suggested remedy:
Phase Alow me some how or way get my medications, ASAP, to stop my pain Thank you

Signature (Required): Ms. Naomi sue white Coad   Date: 4/5/2022

## Resolution Specialist Response

☐ Formal concern/appeal paperwork is being prepared
☐ Request is not accepted per the Resolution Program Manual
☐ You requested to withdraw the concern
☐ Additional information and/or rewrite needed. Return by: _____
☐ No rewrite received. Resolution Specialist withdrawal on: _____
☐ Sent to _____ on _____

☐ Correspondence
☐ Administratively withdrawn
☐ Informal resolution attempt

☐ Received from _____ on _____

### Comments:

___ Please note, your complaint is **not** a potentially serious threat to the life or health of an individual, related to severe pain, or an issue that involves a potential threat to the orderly operation of the facility. This complaint will be forwarded to the Resolution Dep and processed as routine.

Date: 4/3/22
Time received: 1430
Time answered: 1457
Staff Name: C. Bouscher, RN3

Nursing supervisors are aware of the issue, and the process is being reviewed.
Tim Taylor   4/7/22

| Resolution Specialist | Signature | Date |
|---|---|---|

H 28

Medical Resolution Request

**Department of**
# Corrections
WASHINGTON STATE

**RESOLUTION REQUEST**

**Check one:**

☐ Initial  ☒ Emergency  ☐ Appeal  ☐ Rewrite

| LOG ID NUMBER: | |
|---|---|
| Facility/office received | Date/time received |
| AHCC | 6/27/21 1045 |

Include Log ID number for appeal or rewrite

| Last name White Eagle AKA Lowe | First Naomi Lowell | Middle initial S O | DOC number 855988 |
|---|---|---|---|

| Facility/office AHCC | Unit/cell RA 63-L |
|---|---|

| Location AHCC | Date of incident Started 5/15/2021 | Time N/A |
|---|---|---|

Witness name(s) and DOC number (if relevant):

Who (names) and/or what (policy, procedures, or practice) are you submitting your concern about? John Jain, Does DOC Personnel - my provider - The practice of medical care Inadequacy and or Negligence.

Provide a short description of what happened and how it affected you:

My complaint is starting Befor or about 5/15/2021 I submitted medical Health Kites Reporting Bowells pain - Lower abdominal Stomach" I was treated For this over the past 8 months. three Failed attempts to Date. while Housed at SCCC I Requested a street Doctor, I was seen at spokane Hospital on 5/21/2021, He done a scope upper stomach" By DOC Doctors Request" this Doctor told me I Had a Infection "verblely" H-phLorria. D.O.C Health Care says He did not say this, and I do not Have H-phLorria, However SCCC Doctor young found and treated Some kind of Infection - 3 times, the Infection came Back Ech time, I Have Lower abdominal pain in my Bowells Agean, with constant Diarrhea, a Infection is - Life threating untreated. Stop Egnoring my needs, stop neglisence By seeing me, and treating my medical needs! I Request to Be Examined and treated By a Licenced M.D Doctor who stands Behind oaths of medical licenec w/A

Suggested remedy:

Signature (Required): Naomi Sue white Eagle   Date: 6/27/2021

**Resolution Specialist Response**

☐ Formal concern/appeal paperwork is being prepared
☒ Request is not accepted per the Resolution Program Manual
☐ You requested to withdraw the concern
☐ Additional information and/or rewrite needed.  Return by: _____
☐ No rewrite received.  Resolution Specialist withdrawal on: _____
☐ Sent to _____ on _____

☐ Correspondence
☐ Administratively withdrawn
☐ Informal resolution attempt

☐ Received from _____ on _____

Comments:

Please note, your complaint is not a potentially serious threat to the life or health of an individual, related to severe pain, or an issue that involves a potential threat to the orderly operation of the facility. This complaint will be processed as a routine complaint.

This is a Chronic Issue that has been ongoing, and that has been addressed by your provider - Kite dated 5/31/21 was sent back stating specialist H-pylori test (-) negative - your provider has been diligent to follow-up with your requests - Watch Call out JulieAnn Opatz RN2

Resolution Specialist J. Opatz, RN2   Signature JulieAnn Opatz   Date 6.27.2021

DOC 05-165 (Rev. 03/31/21)   Page 1 of 2   29   DOC 310.100, DOC 550.100



Department of
**Corrections**
WASHINGTON STATE

| **LOG ID NUMBER** |
| **21732245** |

## LEVEL I RESOLUTION RESPONSE

| Last name | First | Middle | DOC number |
|---|---|---|---|
| Lowe (White Eagle) | Lowell (Naomi) | Gene (Sue) | 855988 |

| Facility/office: AHCC | | Unit/cell: RA63L | |
|---|---|---|---|

| **PART A – INITIAL CONCERN** | Date typed: 7/7/21 | Date due: 7/28/21 |
|---|---|---|

**My concern is** (who and/or what): DOC personnel, John/Jane Doe's of Medical delayed medical care

| Location: AHCC | Date of incident: 5/21/21 to date | Time: N/A |
|---|---|---|

| Witness(es): N/A |
|---|

Description:
I was treated at the street hospital on 5/21/2021. They did a scope in my stomach and found a type of infection. Something like "H. Pylori" or something. After he was done, the hospital doctor showed me photos and told me that I have this infection in my stomach and intestines. He said that he prescribed antibiotics and that Medical at AHCC would start them right away. Days have passed and I have not gotten any antibiotics at all yet. My abdominal bowels are causing me a lot of pain with diarrhea. I've been treated for this same infection 3 times by DOC before this. Nothing worked. I've had this infection for 7 months. So I now grieve this issue. Thank you.

Suggested remedy:

| /s/ Naomi White Eagle | 5/29/21 | |
|---|---|---|
| Requestor's signature | Date | |

| CS2 Patrick Strand | /s/ P. Strand | 7/7/21 |
|---|---|---|
| Resolution Specialist | Signature | Date |

## PART B – LEVEL I RESPONSE

Your Level 1 resolution concerning not being prescribed an antibiotic to treat H. pylori infection was reviewed by J. Michaelis, RN, CS2. The chart was reviewed; in March 2021, H. pylori test was positive. However, in May, 2021, the patient underwent a gastroesophagoduodenoscopy (aka EGD) which included obtaining a tissue sample specifically to test for H. pylori. The test results this time were negative. On 06/14/21, her practitioner, Kathryn Moore, PA-C, sent a copy of the test results to the patient.

If you have misplaced your copy, send a kite to Health Services Medical Records to request a duplicate.

Since the test was negative no antibiotic prescription is necessary or warranted.

| J Michaelis, RN, CS2 | JMichaelis RN, CS 2 | 09/27/2021 |
|---|---|---|
| Resolution Specialist | Signature | Date |

*You may appeal this response by submitting a written appeal to the Resolution Specialist*
*within 5 working days from date this response was received.*

**The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.**

Distribution: **ORIGINAL** - Resolution Program Manager      **COPY** - Resolution Specialist, Individual

DOC 05-166 (Rev. 03/31/21)          Page 1 of 1      H 30          DOC 550.100



**Department of**
**Corrections**
WASHINGTON STATE

| **LOG ID NUMBER** |
| **21733848** |

## LEVEL I RESOLUTION RESPONSE

| Last name | First | Middle | DOC number |
|---|---|---|---|
| Lowe | Lowell | | 855988 |

| Facility/office: AHCC | | Unit/cell: RA63L | |
|---|---|---|---|

| **PART A – INITIAL CONCERN** | Date typed: 7/30/21 | Date due: 8/20/21 |
|---|---|---|

**My concern is** (who and/or what): DOC personnel - my provider - The practice of medical care inadequacy and/or negligence!

| Location: AHCC | Date of incident: 7/30/21 | Time: |
|---|---|---|

Witness(es):

Description:
My complaint is starting before or about 5/15/2021. I submitted medical health kites reporting bowel pain - 'lower abdomen/stomach." I was treated for this over the past 8 months, "three failed attempts to date." While housed at SCCC, I requested a street doctor. I was seen at a hospital in Spokane on 5/21/2021. He did an "upper stomach" scope by DOC doctor's request. This doctor verbally told me I had an infection, H. pylori. DOC health care says he did not say this, and I do not have H. pylori. However, SCCC Doctor Young found and treated some kind of infection - 3 times! The infection came back each time. I have lower abdominal pain in my bowels again with constant diarrhea. Infection is life-threatening if left untreated. Stop ignoring my needs.

Suggested remedy:
Stop the negligence by seeing me and treating my medical needs! I request to be examined and treated by a licensed MD doctor who stands behind oaths of medical license in WA.

| /s/ Lowell Lowe | 7/30/21 | |
|---|---|---|
| Requestor's signature | Date | |
| CS2 Patrick Strand | /s/ P. Strand | 8/20/21 |
| Resolution Specialist | Signature | Date |

| **PART B – LEVEL I RESPONSE** | | |
|---|---|---|

| Resolution Specialist | Signature | Date |
|---|---|---|

*You may appeal this response by submitting a written appeal to the Resolution Specialist*
*within 5 working days from date this response was received.*

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution: **ORIGINAL** - Resolution Program Manager      **COPY** - Resolution Specialist, Individual

H31

Plaintiff lastly adds & states following Defendant(s) Holdway continued reschedulings & mistakes unto error, causing a hinderance cancelling appointment after appointment, furthering the pain & suffering / Discomfort of Plaintiff which is violative of medical standards, procedures & practices. WAC: 137-91-010     RCW: 43.19.003, 29A.56.110 Scott 110 wn.2d 682, 686 757 P.2d 492 )       And violative of such as to RCW: 29.09.009       For medical officials are to treat all properly & of the same.       Failing to do so as stated is violative of proper & Adequate medical care/ treatment.    Allard V. Gamez  9 Fed. App. 793 ( 9th cir) Helling V. McKinney  509 v.s  25 125 L.Ed.2d  22, 113 s. ct 2475 )       Plaintiff states as to all here in that respectfully said court will find this Amended complaint favorable.   Plaintiff being a lay person and not a attorney have no law of court filing experience. that said complaint passes said screening & qualifies as a complaint. Having stated as to who, what, how, why as to statements & deficientcies asked by said court. Plaintiff working at her best ability as a lay person. Also  see (PL·DOC H2) H25 H25 B) as to concern cause/issues...

Respectfully,

Submitted. this 22 day of Oug  2022

MS, Naomi Sue White Eagle

Naomi Sue White Eagle

H 32



Department of
**Corrections**
WASHINGTON STATE

**HEALTH SERVICES KITE**

This form must be used to request non-emergency healthcare
services, except in facilities where kiosks or sign-up sheets are used.

*PLEASE PRINT*        *SUBMISSION OF HEALTH SERVICES REQUEST MAY RESULT IN A CO-PAY*

| LAST NAME | | FIRST NAME | | |
|---|---|---|---|---|
| White Eagle | | Naomi | | |
| DOC NUMBER | FACILITY | UNIT/CELL | DATE | TIME |
| 855488 | Aitc | MA23C | 4 4 2022 | 7:47 am |
| JOB/PROGRAM | | JOB/PROGRAM HOURS | | DAYS OFF |
| N/A | | | | |

*If you feel you have an actual medical emergency, alert the staff and do not use this form.*

## TYPE OF REQUEST (check only one box per form)

☐ MEDICAL          ☐ DENTAL          ☑ MENTAL HEALTH

☐ MEDICATION REFILL – List medication(s) with prescription number(s) or place sticker below

☐ OPTOMETRY          ☑ OTHER: To MS. Holdway

## REASON FOR REQUEST (list problem or medications needing refill)

MS. Holdway my 9:10 appointment—call out
was canceled today, was it Dr. Staller and
why was it canceled. If not Dr. Staller
what was it, will it Be rescheduled
thank you

PATIENT SIGNATURE: Ms. Naomi White Eagle

## HEALTH SERVICES RESPONSE/ENCOUNTER

This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical
work/bunk change, religious diets, shoes, classification, complaints about staff, non-health services issues

| ☐ Schedule within _____ days/weeks/months | ☐ Next available sick call | ☐ No visit required |
|---|---|---|

No, the appointment was not with a staller
it was an appointment I had in line with
Another Psych amanda. I invited Board
rescheduled you with me. Everytime there
was a minute on the schedule

| RESPONDER signature and stamp (all copies) | DATE and TIME |
|---|---|
| Holdway white | 4/15/22 |

Distribution: **WHITE/YELLOW** – Responder, **PINK** – Patient keeps
Distribution upon completion: **WHITE** – Health Record, **YELLOW** – Return to Patient with Response

Melisa Holdway
Psychology Associate

... regulations prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

DOC 13-423 (06/09/2021)      DOC 610.600   DOC 610.650   DOC 630.500   DOC 630.540          KITES

+153