# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| NAOMI SUE WHITE EAGLE, | JUDGMENT IN A CIVIL CASE |
|---|---|
| Plaintiff, | CASE NO. **3:22-cv-05410-BHS** |
| v. | |
| J MICHAELIS, et al., | |
| Defendant. | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

The Court does hereby find, and ORDER as follows**:**

The case is **DISMISSED without prejudice**.

Dated this 29th day of February 2024.

    Ravi Subramanian
    Clerk

    *s/Tajma Eaton*
    Deputy Clerk